Case 2:06-cv-00282-MHT-CSC    Document 4    Filed 03/29/2006    Page 1 of 4
Case 2:06-cv-00266-MHT-CSC    Document 4    Filed 03/23/2006    Page 1 of 4

17

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

2:06CV282-T

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

I, Donald W. Young #157063, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?  YES ( ) NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. 5/12/03 $5000 Monthly

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   YES ( ) NO (✓)
   B. Rent payments, interest, or dividends?               YES ( ) NO (✓)
   C. Pensions, annuities, or life insurance payments?    YES ( ) NO (✓)
   D. Gifts or inheritances?                               YES ( ) NO (✓)
   E. Any other sources?                                   YES (✓) NO ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. My mother has helped me with cosmetics for hygenic purposes and the amount has varied from month to month.

(1)

3.  Do you own cash, or do you have money in a checking/savings account?
    YES ( )  NO (✓)

    If the answer is YES, state the total value of the items owned. _____
    _____
    _____
    _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?    YES ( )  NO (✓)

    If the answer is YES, describe the property and state its approximate value. _____
    _____
    _____
    _____

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. __N/A__
    _____
    _____
    _____

    _____Donald W. Young #157063_____
    Plaintiff

STATE OF ALABAMA
COUNTY OF _____

    Subscribed and sworn to before me on this _____ day of _____,
199__, at _____, Alabama.


    _____
    NOTARY PUBLIC in and for said County,
    in said State

(SEAL)

My commission expires _____.

                                OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/20/06_____.

(2)                     _____Donald W. Young #157063_____
                        Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 3/20/06
               (date)

_Donald W. Young #152063_
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ .43 on account to his credit at the _Easterling_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_All attached_

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_All attached_

_Yolanda Navan ASA I_
Authorized Officer of Institution

DATE 3/2/06

(3)

20

```
                    STATE OF ALABAMA
                  DEPARTMENT OF CORRECTIONS
                  EASTERLING CORR FACILITY

AIS #: 157063      NAME: YOUNG, DONALD WILBURN JR       AS OF: 03/02/2006

                  # OF        AVG DAILY        MONTHLY
       MONTH      DAYS        BALANCE          DEPOSITS
-----------------------------------------------------------------------

       MAR        29          $3.49            $50.00
       APR        30          $2.41            $50.00
       MAY        31          $11.32           $100.00
       JUN        30          $3.21            $50.00
       JUL        31          $20.12           $150.00
       AUG        31          $47.16           $300.00
       SEP        30          $0.41            $0.00
       OCT        31          $2.98            $75.00
       NOV        30          $17.08           $100.00
       DEC        31          $8.35            $95.00
       JAN        31          $1.44            $0.00
       FEB        28          $10.03           $100.00
       MAR        2           $0.43            $0.00
```

(4)