# #2:06-cv-00282-MHT

# DOCUMENT #5, ORDER
# IS
# STRICKEN FROM THE RECORD.

# FILED IN WRONG CASE.