**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                        TELEPHONE (334) 954-3600

April 4, 2006

# NOTICE OF NON-COMPLIANCE

To:             All Counsel of Record

From:           Clerk's Office

Case Style:     Donald W. Young v. Richard Allen, et al.

Case Number:    #2:06-cv-00282-MHT

Referenced Pleading:   Document #5
                       Order

**The referenced pleading filed on 4/4/2006 was filed in the wrong case.**

**Therefore, Document #5 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**