IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PRO-SE
Donald W. Young, #157063
   Plaintiff
     v.
RICHARD ALLEN, et. al.,
   Defendants

2:06-CV-282-MHT
(WO)

RECEIVED 2006 APR -7 A 10:07

## MOTION FOR INQUIRY

THIS IS AN INQUIRY for the filing FEE that I did not RECEIVE with the Honorable Judge Magistrate Recommendation, Date filed 4/04/2006 and signed by Judge Chales S. Coody on this date. PLEASE SEND TO ME YOUR Assement of My "IN forma PauPeris" and the Initial filing FEE that I NEED to File with this claim.

### Conclusion

Plaintiff Prays this COURT MAKE AN INQUIRY INTO this matter IN the Above, and Record the Matter AND SEND TO the Plaintiff Initial filing FEE and AVERAGE Monthly Payment Required for filing the 1983 claim. RESPECTfully Submitted: Donald W. Young #157063

1.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I HAVE, UNDER PENALTY OF PERJURY PURSUANT to 28 U.S.C § 1746 THAT PLAINTIFF MAILED A COPY of the enclosed "Inquiry Motion" to Office of the Clerk P.O. Box 711 Montgomery Ala. 36101 - By Placing Motion of INQUIRY IN ENVELOPE IN EASTERLING CORR. FAC. Mail Box, At 200 WALLACE DRIVE Clio, Alabama, 36017, Done on May, 5, 2006.

PLAINTIFF DECLARES UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON  APRIL-5, 2006

PRO SE #-157063

Donald W. Young
PLAINTIFF E.C.F
200 WALLACE DR.
Clio, Ala, 36017-2615

2.