IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| DONALD W. YOUNG, #157 063 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-282-MHT |
| RICHARD ALLEN, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's April 7, 2006 pleading, which the court construes as a Motion for Service of Court Order, and for good cause, it is

ORDERED that the motion (Doc. No. 9) be and is hereby GRANTED.

The Clerk is directed to SEND to Plaintiff a copy of Document Number 8.

Done this 12th day of April, 2006.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE