IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED 2006 APR 18 A 9:22

Donald W. Young #157063
Plaintiff

vs.

Richard Allen, et. al.;
Defendants

CASE NO. 2:06-CV-282 MHT
(WO)

MOTION AND REQUEST FOR EXTENSION OF TIME
WITHIN WHICH TO FILE INITIAL PARTIAL FILING FEE

Plaintiff's Motion for Leave to Proceed in forma Pauperis in the above Honorable Court was granted see (Doc. No. 4.)

Plaintiff was cautioned that if he failed to pay Initial Partial Filing fee, out of compliance with Honorable Magistrate Judge's order, the Magistrate Judge will recommend that the Plaintiff's case be dismissed and such dismissal will not be reconsidered unless exceptional circumstances exist. See (Doc. No. 8, Pg. 3 of 6).

Plaintiff, further was advised that if he is unable to procure the Initial Partial Filing fee within the time allowed by this Honorable Magistrate Judge, he must inform the court of such inability and request an extension

1.

of TIME WITHIN WHich TO file the fee.

Plaintiff Now Asks THis Honorable Magistrate JUDGE to Grant AN extension of Time Within Which to file THE Initial Partial filing Fee. THE Exceptional Circumstances THAt DoesNow exist, is that of the Plaintiffs only Source of Income and support being the Plaintiffs Mother Who has had A Heart Attack. Plaintiff Has no Intentions of Abandoning His Claim, But will with this extension, comply With THE Honorable Magistrate JUDGES Order and Recommendation.

Plaintiff was Ordered By this Court, See (Doc. No. 8. Pg. 2 of 6) to foward to THE Clerk of THIS Court, on or Before April 25th, 2006 the Sum $12.33 As AN Initial Partial filing Fee With a Balance of $237.67. Plaintiff's Intentions are to comply WITHL THE Magistrate JUDGES Order TO Meet the SET Time And Date As Ordered, But in the Event, THATS Due TO Circumstances with the Plaintiff's only Resources, AN extension forseen for Time to file the Initial Partial filing Fee is Needed in these exceptional Circumstances that does exist.

2.

CONCLUSION

Plaintiff prays this Honorable Magistrate Judge and Court will view this Motion for Extension of Time as an exceptional circumstance and grant the Plaintiff another set time, in order to comply with the Magistrate Judge's Order to Proceed "in forma pauperis" in accordance with the provisions of 28 U.S.C. § 1915(b)(1), See (Doc. No 4.), A prisoner who seeks to proceed "in forma pauperis" in a civil action or on appeal is required to pay the full amount of the requisite fee.

Certificate of Service

I, Donald W. Young #157063, Do hereby certify that I have under penalty of perjury pursuant to 28 U.S.C. § 1746, Put this Motion for Extension of Time in an envelope and by placing the envelope in the Easterling Post office, mailed and properly addressed: To the Clerk of the United States District Court Northern Division P.O. Box 711 Montgomery, AL. 36104-0711, on this _12th_ day of _APRIL_, 2006

SIGNED: _Donald W. Young 157063_

Donald W. Young 157063
Easterling Corr. Fac.
200 Wallace Dr. Clio, Ala.
36107-2615

3.