IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| DONALD W. YOUNG, #157 063 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-282-MHT |
| RICHARD ALLEN, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 13) is GRANTED; and

2. Plaintiff is GRANTED an extension from April 25, 2006 to May 9, 2006 to comply with the court's April 5, 2006 order directing payment of an initial filing fee.

Done this 21st day of April, 2006.

                                           /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE