**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Governor Bob Riley
600 Dexter Avenue
Montgomery, AL 36130

*06cu282*

2. Article Number
   *(Transfer from service label)*

7615 0390 0000 5269 1151

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Pam Bye_    ☐ Agent
               ☐ Addressee

B. Received by (*Printed Name*)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes