| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cornell Long*    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) CORNELL LONG  C. Date of Delivery 5/15/06<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>**MAY 1 5 2006** |
| 1. Article Addressed to:<br><br>Sidney Williams, Chairman<br>Alabama Board of Pardons & Paroles<br>PO Box 302405<br>Montgomery, AL 36130-2405<br><br>06cv282 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0000 5269 1182 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |