| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  _Ray P. Hope_   ☑ Agent  ☐ Addressee<br>B. Received by ( Printed Name )     C. Date of Delivery |
| 1. Article Addressed to:<br><br>Commissioner Richard Allen<br>Department of Corrections<br>P.O. Box 301501<br>Montgomery, AL 36130<br><br>06-CV-282 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:   ☐ No<br><br><br>3. Service Type<br>  ☒ Certified Mail    ☐ Express Mail<br>  ☐ Registered       ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*        ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7005 0390 0000 5269 1144 |

PS Form 3811, February 2004          Domestic Return Receipt                    102595-02-M-1540