IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| DONALD W. YOUNG, #157 063 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-282-MHT |
| RICHARD ALLEN, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Production of Documents. The record in this matter reflects that Defendants are under order to file a special report to include relevant affidavits, records, and rules, regulations, and/or guidelines in response to the allegations presented by Plaintiff in the instant complaint. Consequently, Plaintiff's discovery request shall be denied at this time. The motion may be reconsidered if warranted by further developments in this matter.

Accordingly, it is

ORDERED that Plaintiff's Motion for Production of Documents (Doc. No. 22), be and is hereby DENIED at this time.

Done this 5th day of June, 2006.

                                                    /s/Charles S. Coody
                                                    CHARLES S. COODY
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE