Young

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sidney Williams
   Alabama Board of Pardons & Paroles
   P. O. Box 302405
   Montgomery, AL 36130-2405

2:06cv282 (amd Cmp|order to ans)

2. Article Number
   (Transfer from service label)

   7005 1160 0001 2962 4226

PS Form 3811, February 2___    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Cornell Long        ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   CORNELL LONG              6/7/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

JUN 07 2006

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes