IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD YOUNG, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-282-MHT |
| | ) |
| RICHARD ALLEN, ET AL. | ) |
| | ) |
| Defendant(s). | ) |

**MOTION FOR EXTENSION OF TIME**

COME NOW the Defendants, Richard Allen, Commissioner of the Alabama Department of Corrections, and Bob Riley, Governor for the State of Alabama, by and through the undersigned counsel, and hereby request an additional 40 (forty) days in which to respond to Plaintiff's complaint and for grounds state as follows:

1. The Special Report and Answer for this Defendant is due July 14, 2006.

2. The undersigned has encountered some delay in securing materials necessary to adequately respond to Plaintiff's allegations.

3. More time is needed by the Defendant to adequately prepare a response to Plaintiff's Complaint.

4. No party will be prejudiced by such and extension.

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL

    /s/ Cheairs M. Porter
    Cheairs M. Porter
    ASSISTANT ATTORNEY GENERAL

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 10th day of July 2006, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy of the same by first-class United States Mail, postage prepaid and addressed upon the following:

Donald W. Young, AIS 157063
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2165

The Clerk of Court using the CM/ECF system will send notification of this filing to the following:

Steven M. Sirmon, Esq.
Alabama Board of Pardons and Paroles

/s/ Cheairs M. Porter
Cheairs M. Porter
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7300
334-242-2433 (Fax)