IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DOANLD W. YOUNG    #157063

   Plaintiff,

Vs.

RICHARD ALLEN, et.al.

   Defendants.

)
)
)
)
)
)
)
)

CIVIL ACTION NO.2:06-CV-282-MHT

AFFIDAVIT

   Before me, the undersigned authority, a Notary Public in and for said County and State of

Alabama at Large, personally appeared Gwendolyn Mosley, who being known to me and being

by me first duly sworn, deposes and says under oath as follows:

   My name is Gwendolyn Mosley and I am presently employed as a  Correctional Warden

III, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace

Drive, Clio, AL  36017.  I am over twenty-one (21) years of age.

   Easterling Correctional Facility has one physician.  Our current physician is able to cover

inmates' requests and provide medical attention.

   Our Law Library at Easterling Correctional Facility operates on Tuesday-Friday from

12:00 PM to 7:00 PM and on Saturday from 8:00 AM to 4:00 PM.  All inmates that use the Law

Library are allowed to use it when their assigned dormitory has yard and gym call.  Inmates that

need additional time have the opportunity to request for additional time by a written request slip

to the Law Library Officer.

   Inmates are allowed two or three recreation/yard times on First Shift and one recreation

yard time on Second Shift.  Inmate recreation time is based on daily inmate counts and feeding


EXHIBIT

Affidavit-Gwendolyn Mosley
Civil Action No.2:06-CV-282-MHT
Page 2

time. Our facility has approximately 1266 inmates and it takes approximately two hours to complete feeding. During inmate counts, inmates are locked down until the count is cleared.

Easterling Correctional Facility does not have a faulty fire alarm system. The system is checked periodically by our Fire Safety Officer.

All inmates at Easterling Correctional Facility are provided proper bedding. They receive one blanket, two sheets, one pillow case, and one mattress. According to our Laundry Supervisor, inmate blankets are washed once a month, upon inmate request, by turning their blankets in to be washed. All inmates have the opportunity to turn in their clothes three times a week to be washed. If any clothes are not dry, inmates are to inform the Dorm Officer. The Dorm Officer will have all inmates that have wet clothing turn them back in to the Laundry for proper drying.

Inmates turn in their under shorts, under shirts, socks, towels and wash cloths in a laundry bag and they are washed in the bag. Sheets are turned in at a specified time. State pants and shirts are washed at a specified time.

Our facility is not dumping raw sewage into the Alabama River. The City of Clio handles the facility sewage.

Showers are operated from 5:00 PM -7:00 PM for inmates who do not take yard call. Inmates who do take yard call have the opportunity to shower from 7:30 PM – 9:00 PM. Inmates assigned to the Kitchen, etc. are allowed to shower when their shift is completed. Inmate Young is afforded the proper time to take his shower.

Inmate Young's allegation that there was an incident regarding the barbers being made to stop cutting hair because of a staph epidemic is not true.

Affidavit-Gwendolyn Mosley
Civil Action No.2:05-CV-976-T
Page 3

Our facility was designed for 652 inmates.  At the present, we have 1266 inmates.  Our dorms are ventilated by windows, fans, and ventilator fans.

No inmates were vaccinated for Hepatitis B because of the spread of Hepatitis.  They were vaccinated for precaution.  No inmate was forced to be vaccinated.

At 3:00 AM every morning, inmates receive a wake-up call and call to get ready for the morning meal.  This is broadcast through a speaker in the dorm.

Our facility received an Annual Drinking Water Quality Report from the City of Clio, Alabama (Exb.#1).  The City of Clio has been asked in the past if they have received any health complaints regarding the drinking water.  They advised that there have been no health complaints related to the water consumption.

No Correctional Officer or ADOC Employee at Easterling Correctional Facility has been instructed to drink bottled water.

According to our Health Care Unit, Health Services Administrator, Kay Wilson, she has seen no evidence that the drinking water causes inmates to have skin rashes, sores, or staph infection.  The staff and myself drink the same water and have no complaints about the water.

Gwendolyn Mosley

SWORN TO AND SUBSCRIBED TO before me this the 28th day of

July, 2006.

NOTARY PUBLIC

My Commission Expires: 7-15-07

**EXHIBIT #1**

# Table of Primary Contaminants

At high levels some primary contaminants are known to pose a health risks to humans. This table provides a quick glance of any primary contaminant detections.

| CONTAMINANT | MCL | RANGE DETECTED | CONTAMINANT | MCL | RANGE DETECTED |
|---|---|---|---|---|---|
| **Bacteriological** | | | Endothall | 100 | ND |
| Total Coliform Bacteria | < 5% | 0 | Endrin | 2 | ND |
| Turbidity | TT | 0.31 1.05 | Epichlorohydrin | TT | ND |
| **Radiological** | | | Glyphosate | 700 | ND |
| Beta/photon emitters (mrem/yr) | 4 | ND | Heptachlor | 400 | ND |
| Alpha emitters (pci/l) | 15 | 4.12+.57      42+/.2 | Heptachlor epoxide | 200 | ND |
| Radium 228 | 5 | 0.0/-0.4      1.5+/-0.6 | Hexachlorobenzene | 1 | ND |
| Uranium | 30 | ND | Lindane | 200 | ND |
| **Inorganic** | | | Methoxychlor | 40 | ND |
| Antimony (ppb) | 6 | ND | Oxamyl [Vydate] | 200 | ND |
| Arsenic (ppb) | 10 | ND | PCBs | 500 | ND |
| Asbestos (MFL) | 7 | ND | Pentachlorophenol | 1 | ND |
| Barium (ppm) | 2 | ND | Picloram | 500 | ND |
| Beryllium (ppb) | 4 | ND | Simazine | 4 | ND |
| Cadmium (ppb) | 5 | ND | Toxaphene | 3 | ND |
| Chromium (ppb) | 100 | ND | Benzene | 5 | ND |
| Copper (ppm) | AL=1.3 | ND | Carbon Tetrachloride | 5 | ND |
| Cyanide (ppb) | 200 | ND | Chlorobenzene | 100 | ND |
| Fluoride (ppm) | 4 | 0.71      1.07 | Dibromochloropropane | 200 | ND |
| Lead (ppb) | AL=15 | ND | 0-Dichlorobenzene | 600 | ND |
| Mercury (ppb) | 2 | ND | p-Dichlorobenzene | 75 | ND |
| Nitrate (ppm) | 10 | 0.19      0.0.20 | 1,2-Dichloroethane | 5 | ND |
| Nitrite (ppm) | 1 | ND | 1,1-Dichloroethylene | 7 | ND |
| Selenium | 50 | ND | Cis-1,2-Dichloroethylene | 70 | ND |
| Thallium | 2 | ND | trans-1,2-Dichloroethylene | 100 | ND |
| **Organic Chemicals** | | | Dichloromethane | 5 | ND |
| 2,4-D | 70 | ND | 1,2-Dichloropropane | 5 | ND |
| 2,4,5-TP (Silvex) | 50 | ND | Ethylbenzene | 700 | ND |
| Acrylamide | TT | ND | Ethylene dibromide | 50 | ND |
| Alachlor | 2 | ND | Styrene | 100 | ND |
| Atrazine | 3 | ND | Tetrachloroethylene | 5 | ND |
| Benzo(a)pyrene[PHAs] | 200 | ND | 1,2,4-Trichlorobenzene | 70 | ND |
| Carbofuran | 40 | ND | 1,1,1-Trichloroethane | 200 | ND |
| Chlordane | 2 | ND | 1,1,2-Trichloroethane | 5 | ND |
| Dalapon | 200 | ND | Trichloroethylene | 5 | ND |
| Di-(2-ethylhexyl)adipate | 400 | ND | TTHM | 80 | ND |
| Di(2-ethylhexyl)phthlates | 6 | ND | Toluene | 1 | ND |
| Dinoseb | 7 | ND | Vinyl Chloride | 2 | ND |
| Diquat | 20 | ND | Xylenes | 10 | ND |
| Dioxin[2,3,7,8-TCDD] | 30 | ND | TOC | TT | ND |
| Chloramines (MRDLG) | 4 | ND | Chlorine (MRDLG) | 4 | ND |
| Chlorite | 1 | ND | Bromate | 10 | ND |
| Chlorine Dioxide (MRDLG) | 800 | ND | HAA5's | 60 | ND |

## TABLE OF DETECTED CONTAMINANTS

| Contaminant | Violation Y/N | Range Detected | Unit Measurement | MCLG | MCL | Likely Source of Contamination |
|---|---|---|---|---|---|---|
| Turbidity 04 Test Results | NO | 0.31 -1.05 | | n/a | TT | Soil runoff |
| Alpha emitters Results 05 | NO | 4.12+.57  42+/.2 | pCi/l | 0 | 15 | Erosion of natural deposits |
| Combined radium ( 2005) | NO | 0.0/-0.41.5+/-0.6 | pCi/l | 0 | 5 | Erosion of natural deposits |
| Fluoride 2004 Test Results | NO | 0.71      1.07 | ppm | 4 | 4 | Erosion of natural deposits; water additive which promotes strong teeth; discharge from fertilizer and aluminum factories |
| Nitrate (as Nitrogen) (Test results 2005) | NO | 0.19      0.0.20 | ppm | 10 | 10 | Runoff from fertilizer use; leaching from septic tanks, sewage; erosion of natural deposits |

## TABLE OF DETECTED SECONDARY CONTAMINANTS (TEST RESULTS 2004)

| Contaminant | MCL | Range of Detects | Contaminant | MCL | Range of Detects |
|---|---|---|---|---|---|
| Aluminum | 0.2 | 0.067-0.204 | Manganese | 0.05 | ND-0.012 |
| Chloride | 250 | 13.0-16.4 | Zinc | 5 | ND-0.061 |
| Color | 15 | 5-10 | Lead | 0.015 | ND-0.044 |
| Copper | 1 | ND-0.054 | Sulfate | 250 | 97.5-129 |
| Iron | 0.3 | ND-0.359 | Total Dissolved Solids | 500 | 168-248 |

## TABLE OF SPECIAL CONTAMINANTS (TEST RESULTS 2004)

| Contaminant | Range of Detects | Contaminant | Range of Detects | Contaminant | Range of Detects | Contaminant | Range of Detects |
|---|---|---|---|---|---|---|---|
| Calcium | 1.6-2.84 | Hardness CaCo3 | 3.01-7.80 | Alkalinity | 163-236 | Specific Conductance | 436-501 |
| Sodium | 97.5-129 | Langelier Index | -0.38  +0.95 | PH | 8.75-9.769.0 | | |

In addition to the primary drinking water contaminants, the utility monitors regularly for the following unregulated and secondary contaminants as regulated by the Alabama Department of Environmental Management. Unregulated contaminants are those for which EPA has not established drinking water standards. The purpose of unregulated contaminant monitoring is to assist EPA in determining the occurrence of unregulated contaminants in drinking water and whether future regulation is warranted.

## TABLE OF UNREGULATED DETECTED CONTAMINANTS

| CONTAMINANT | RANGE OF DETECTS | CONTAMINANT | RANGE OF DETECTS |
|---|---|---|---|
| Bromodichloromethane | 1.60 | Dibromochloromethane | 2.45 |
| Chloroform | 1.26 | Bromoform | 1.35 |

## PLAIN LANGUAGE DEFINITIONS

*Non-Detects (ND)* - laboratory analysis indicates that the contaminant is not present

*Not Regulated (NR)* - laboratory analysis indicates that the contaminant is not present. No federal regulatory limit exists due to water granted by the Environmental Protection Agency for the State of Alabama

*Parts per million ppm or Milligrams per liter mg/L* - one part per million corresponds to one minute in two years or a single penny in $10,000.

*Parts per billion ppb or Micrograms per liter* - one part per billion corresponds to one minute in 2,000 years, or a single penny in $10,000,000.

*Parts per trillion ppt or Nanograms per liter /nanograms/L* - one part per trillion corresponds to one minute in 2,000,000 years, or a single penny in $10,000,000,000.

*Parts per quadrillion ppq or Picograms per liter /picograms/L* - one part per quadrillion corresponds to one minute in 2,000,000,000 years or one penny in $10,000,000,000,000.

*Picocuries per liter pCi/L* - picocuries per liter is a measure of the radioactivity in water

*Millirems per year mrem/yr* - measure of radiation absorbed by the body

*Nephelometric Turbidity Unit (NTU)* - nephelometric turbidity unit is a measure of the clarity of water. Turbidity in excess of 5 NTU is just noticeable to the average person.

*Variances & Exemptions (V&E)* - State or EPA permission not to meet an MCL or a treatment technique under certain conditions.

*Action Level (AL)* - the concentration of a contaminant which, if exceeded, triggers treatment or other requirements which a water system must follow.

*Treatment Technique (TT)* - (mandatory language) A treatment technique is a required process intended to reduce the level of a contaminant in drinking water.

*Maximum Contaminant Level* - (mandatory language) The "Maximum Allowed" (MCL) is the highest level of a contaminant that is allowed in drinking water. MCLs are set as close to the MCLGs as feasible using the best available treatment technology.

*Maximum Contaminant Level Goal* - The "Goal" (MCLG) is the level of a contaminant in drinking water below which there is no known or expected risk to health. MCLGs allow for a margin of safe

## GENERAL INFORMATION

**Health effects:**

Alpha emitters: Certain minerals are radioactive and may emit a form of radiation known as Alpha radiation. Some people who drink water containing Alpha emitters in excess of the MCL over many years may have an increased risk of cancer.

The sources of drinking water (both tap water and bottled water) include rivers, lakes, streams, ponds, reservoirs, springs, and wells. As water travels over the surface of the land or through the ground, it dissolves naturally occurring minerals and in some cases, radioactive material, and can pick up substances resulting from the presence of animals or from human activity.

Some people may be more vulnerable to contaminants in drinking water than the general population. People who are immuno-compromised such as cancer patients undergoing chemotherapy, organ transplant recipients, HIV/AIDS positive or individuals with other immune system disorders, some elderly, and infants can be particularly at risk from infections. These at risk should seek advice about drinking water from their health care providers. EPA/CDC guidelines on appropriate means to lessen the risk of infection by Cryptosporidium and other microbial contaminants are available from the Safe Drinking Water Hotline (1-800-426-4791).

All drinking water, including bottled water, may reasonably be expected to contain at least small amounts of some contaminants. The presence of contaminants does not necessarily indicate that water poses a health risk. More information about contaminants and potential *health* effects can be obtained by call the Environmental Protection Agency's Safe Drinking Water Hotline (1-800-426-4791).

Based on a study conducted by ADPH with the approval of the EPA, a statewide waiver for the monitoring of Asbestos and Dioxin was issued. Thus monitoring for these contaminants was not required.

MCL's are set at very stringent levels. To understand the possible health effects described for many regulated contaminants, a person would have to drink two liters of water every day at the MCL level for a lifetime to have a one-in-a-million chance of having the described health effect.

We at the City of Clio work around the clock to provide top quality water to every tap. We ask that all our customers help us protect our water sources, which are the heart of our community, our way of life and our children's future



JEREMY, Certified Operator



JOHN Maintenance Operator



CHRISTI Clerk

VIVIAN City Clerk

Tel: 334-397-2723

---

# CITY OF CLIO

## Annual Drinking Water Quality Report

### January—December 2005

We're pleased to present to you this year's Annual Quality Water Report. This report is designed to inform you about the quality water and services we deliver to you every day. Our constant goal is to provide you with a safe and dependable supply of drinking water. We want you to understand the efforts we make to continually improve the water treatment process and protect our water resources. We are committed to ensuring the quality of your water. We utilize two wells and our water resource is groundwater. Well #1 is located on County Road 15 and draws from the Clayton Aquifer. Well #2 is located on Blue Springs Street with pumping capacity of 350 GPM and draws water from the Tuscaloosa Aquifer. The water we provide to our customers requires no specialized treatment. However, chlorine is added for disinfection purposes.

The Source Water Protection Plan was completed in 1994. It is available at our office providing more information such as potential sources of contamination. I'm pleased to report that our drinking water is safe and meets federal and state requirements. If you have any questions about this report or concerning your water utility, please contact Jeremy Rolling at 334-397-2723. We want our valued customers to be informed about their water utility. If you want to learn more, please attend any of our regularly scheduled meetings held on the first & third Tuesday of each month. 6 PM, at the Clio City Hall on 3311 Enterville Street

**COUNCIL**

♦Jack Peffer, Mayor   ♦Stephanie Sapp   ♦Matthew White
♦Judy Riley, Pro-Tem   ♦Beverly Clark   ♦Kenneth Johnson

---

CITY OF CLIO
P.O. Box 219
CLIO, AL 36017

PERMIT # 2

EASTERLING CORRECTIONAL CENTER
200 WALLACE DRIVE
CLIO, AL 36017



**State of Alabama**

# Alabama Department of Corrections

301 S. Ripley Street
P. O. Box 301501
Montgomery, AL 36130

**BOB RILEY**
GOVERNOR

**DONAL CAMPBELL**
COMMISSIONER

January 10, 2005

ADMINISTRATIVE REGULATION                    OPR:  OPERATIONS
NUMBER                    329

## FIRE AND EMERGENCY EVACUATION PLAN

**I.    GENERAL**

This Alabama Department of Corrections (ADOC) Administrative Regulation (AR) establishes responsibilities, policies, and procedures for institutional/facilities fire and emergency evacuation plans.

**II.    POLICY**

The Warden/Director of each institution/facility shall be responsible for the development of a fire and emergency evacuation plan addressing all areas of the institution/facility; the plan shall be reviewed and updated on an annual basis.

**III.    DEFINITION(S) AND ACRONYM(S)**

A.    State Fire Marshal:  The official assigned to represent state government in all matters governing fire prevention and building construction safety in state operated institutions.

B.    Evacuation Diagram:  An illustration (schematic) presenting the fire evacuation routes. The evacuation diagram should be posted in normally occupied buildings. If the building is a multi-story structure, this should be reflected on the evacuation diagram.

C.    Facility Safety Officer (FSO):  The facility employee assigned to conduct inspections of fire extinguishers/equipment during each drill.

D.    Fire and Emergency Evacuation Plan:  The written evacuation scheme for the premises used in conjunction with the evacuation diagram.

E.    Fire Plan:  A carefully arranged and systematic program of action furnished beforehand for attaining the organized evacuation of the premises over a period of time.

**IV.    RESPONSIBILITIES**

AR 329 – January 10, 2005

    A.      Wardens/Division Directors are responsible for developing their institutional/division Standard Operation Procedures (SOPs), as necessary, for the implementation of AR 329, Fire and Emergency Evacuation Plan.

    B.      All ADOC employees and contract personnel are responsible for complying with this regulation.

## V.    PROCEDURES

    A.      The Central Office safety program is the responsibility of the Deputy Commissioner of Operations/designee.

    B.      The Warden shall appoint an FSO to inspect fire extinguishers/equipment. This employee shall inspect all fire extinguishers/hoses, posted fire plans, and other equipment at least once each month during a practice drill.

    C.      Each institution/facility shall develop a written fire and emergency evacuation plan including diagrams of each building/room with the following:

        1.      Location of exits and directional arrows for traffic flow to exits.

        2.      Location of fire extinguishers and hose stations, where applicable.

        3.      Available for review at all times.

    D.      The FSO will ensure that the appropriate evacuation diagrams and instructions are posted in each occupied building. Evacuation diagrams should reflect the actual floor arrangement and should be displayed with the actual direction of the exits.

    E.      The FSO will assist the Shift Commander/Facility Director in training all employees regarding institutional/facility emergency evacuation plans and the usage of safety equipment. This training shall be included in the institutions'/facilities' orientation program for new employees, and retraining shall occur at least annually.

    F.      Fire drills shall be conducted at least once each month:

        1.      The Shift Commander shall initiate the drills. The Shift Commander conducting the drill, shall ensure that drill operations are conducted and documented according to the fire and emergency evacuation plan. All staff shall be knowledgeable about the procedures to be followed in conducting the drills.

        2.      The drill begins when the fire alarm is sounded and is considered complete when all individuals are evacuated, with the exception of special housing units, which are simulated. Procedures to account for all occupants after emergency evacuation has been completed shall be included. Emergency fire evacuation should be completed four (4) minutes or less.

AR 329 – January 10, 2005

      3.     The Shift Commander shall implement a ADOC Form 302, Incident Report, for all fire drills conducted and the Captain and Warden/designee shall be forwarded a copy to be maintained.

G.     Institutional fire plans shall be developed and approved according to ADOC AR 330, Contingency Plans.

H.     Evacuation diagrams and emergency evacuation procedures and evacuation drills for the Central Office are the responsibility of the Deputy Commissioner of Operations/designee. A business resumption plan shall be developed by the Central Office to address the temporary evacuation of premises due to any emergency situation that may arise.

## VI.   DISPOSITION

Any forms used will be disposed of and retained according to the Departmental Records Disposition Authority (RDA).

## VII.   FORMS

There are no forms prescribed by this regulation.

## VIII.   SUPERCEDES

This being a new regulation it does not supercede any other regulation at this time.

## IX.   PERFORMANCE

Code of Alabama, 1975, Sections 14-1-1 and 14-1-2

Donal Campbell, Commissioner

AR 329 – January 10, 2005