IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DOANLD W. YOUNG    #157063           )
    Plaintiff,                        )
                                      )
Vs.                                   )   CIVIL ACTION NO.2:06-CV-282-MHT
                                      )
RICHARD ALLEN, et.al.                 )
                                      )
    Defendants.                       )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Gwendolyn Mosley,</u> who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Gwendolyn Mosley</u> and I am presently employed as a <u>Correctional Warden III,</u> employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

## ADDITION TO PREVIOUS AFFIDAVIT

Inmates are allowed approximately 1 to 2 hours on the recreation yard on First and Second Shift.

I know nothing about a Staph epidemic here at our facility.

Our dorms are ventilated by windows, fans, and ventilator fans. The quality of the air in the dorms is acceptable.

On August 25, 2005, our Administrative Lieutenant asked the City of Clio, Alabama if they have received any health complaints regarding the drinking water. They advised that there have been no health complaints related to water consumption (Exb.#1).

EXHIBIT 2

Affidavit-Gwendolyn Mosley
Civil Action No.2:06-CV-282-MHT
Page 2 (Addition)

I have not received any complaint about the noise in the dorm, other than the broadcast through a speaker in the dorms. The speaker is used for alerting inmates for morning wake-up, chow call, and all other information that inmates need to know throughout each shift. Dorms have an officer assigned to the dorms. Inmates with complaints should first notify the officer so that the complaint can be handled in the dorm and if necessary, a supervisor can be notified.

_____
Gwendolyn Mosley

SWORN TO AND SUBSCRIBED TO before me this the 31st day of
July, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 7-15-07

Jack Pelfrey
Mayor

Judy Riley
Mayor Pro-Tem

Vivian Hagler
City Clerk

*City of Clio*

3311 Elamville Street
Post Office Box 219
Clio, Alabama 36017
(334) 397-2723

Council Members:

Beverly Clark
Stephanie Sapp
Kenneth Johnson
Matthew White



August 25, 2005

Easterling Correctional Facility
Lieutenant Willie Bryant
200 Wallace Drive
Clio, Alabama 36017

**RE: Alabama Department of Environmental Management Mandated Water Testing**

Dear Lieutenant Bryant,

The City of Clio provides water to 934 households and Easterling Correctional Facility, serving a population of approximately 5,000 people.

Water testing requirements from the Alabama Department of Environmental Management (ADEM) and the Environmental Protection Agency (EPA) are strictly adhered to.

We have had no complaints of skin rashes or other health related problems related to water consumption. Therefore, we have no reason to suspect the water supply to be the culprit of rashes.

Please find attached copies of *Water Quality Reports* (for both 2003 & 2004) that are published by our office annually. These reports meet stringent guidelines set forth by ADEM and EPA.

If we may be of further service to you please call this office between the hours of 8:00 AM and 4:00 PM, Monday thru Friday.

Sincerely,

*Vivian Hagler*
Vivian Hagler
City Clerk