# EASTERLING INMATE NEWSLETTER



*EXHIBIT - "A"*

DATE: JUNE 28, 2006

---

**ATTENTION ALL INMATES** – IF YOU ARE CAUGHT SITTING ON THE WATER COOLERS OR PLACING (SHAVING POWDER) ON THE FLOORS, YOU WILL RECEIVE CORRECTIVE ACTION – CAPT. KNOX.

*Placing of powder on floors to keep pest "Ants" out of sleeping areas and bedding*

---

**Attention All Inmates:**

You need to ensure that your bed and living area are in compliance each day. During the last inspections, there were several beds that did not meet standards. Refer to the example on the bulletin board – CAPTAIN KNOX.

---

**ATTENTION** – ANY "ELIGIBLE" INMATES WANTING TO BE ASSIGNED TO THE "OVER 40 DORM" MUST GET AN APPLICATION FROM THE CUBICLE OFFICER OF YOUR ASSIGNED DORM, COMPLETE THE REQUIRED SECTION (TOP HALF) OF THE APPLICATION, AND FORWARD THE APPLICATION TO OFFICER G. WAGNER, PROGRAM SERVICES OFFICER – CAPTAIN KNOX.

---

**Dorm Representatives Meeting June 14, 2006**

Captain Knox and Lieutenants Bryant/Lee met with the Dorm Representative Members on June 14, 2006, the follow topics were discussed:

1) More Ice Chests are needed-----Inmates must take care of the ice chest and stop sitting on them. Also, the ice machines cannot keep up with the demand. *PRISON OVERCROWDING*
2) Inmates hoarding medications------There have been too many incidents of inmates hoarding medication. You will receive corrective action if caught with medication that is not prescribed or taken from original containers.
3) Request for fans in Dorms 6,7 & 9A-----Additional fans are being ordered. *lack of ventilation. No fans have been ordered to date*
4) Incentive Packages items---Only authorized items are approved.
5) 7A & 10A Phones need repairing-----Maintenance request submitted.
6) Request for mats for entrance of Dorms-----Staff will check on the number needed.
7) Sheets returning dirty from Laundry------Ms. Matthews was informed. *Can't keep up with capacities*
8) Dorm & TV Monitors need more people assigned-----ICS informed. *Due to lack in understaffing*
9) T V Remote needs replacing------Will check the batteries or order more.
10) Ice Chest pick up time needs to change due to inmates getting ice while the Yard is open-----Will check with 2nd Shift on pick up time.
11) Request for the board between the lavatory to be replaced-----Will check with Maintenance.
12) Over 40 Dorm-----SOP is completed and start up is underway.

---

The following inmates need to report to the Chapel on Thursday, June 29, 2006, at 8:30 A.M. for **ORIENTATION**.

Worsham, Michael   W/191510 5A-20        Hardy, Kerry        B/244162 9A-05
Jones, James       B/246706 6B-06        Washington, Eric    B/208893 7B-97

Orientation is mandatory for <u>ALL</u> inmates arriving at Easterling. Failure to comply will result in disciplinary action.*

06-122                                                                 PAGE #1