


# EASTERLING INMATE NEWSLETTER

Exhibit "C"

**DATE: AUGUST 14, 2006**

Captain Knox and Lt. Lee met with the Dorm Representatives on 8/5/06 and the following items were discussed:

1) The "40 & Over" Dorm will be located in Dorm 9B beginning next week.

2) There are too many incidents of inmates hoarding medication and taking food from the Chow Hall.

3) There has been an increase in fights in Dorm 10A & 10B. REMEMBER, you need this Program For consideration for transfer to a lower level facility.

4) FANS – There are too many complaints concerning movement of the fans; hanging clothes and people standing in front of them.

5) WATER COOLERS & ICE CHESTS – We will not add any more to the dorms due to the Ice Machine being unable to make enough ice for the demand. *Overcrowding Demands*

6) The amount allowed to be spent at the SANDWICH LINE will be limited to $12.00 per meal per Inmate. A new SOP is forthcoming.

7) Discussion about Yard Call and Islamic Service – Will speak to each Shift Commander to give the maximum time as possible.

8) Entering the Dorms during Yard Call – After speaking with 2nd Shift, inmates are allowed to Enter dorms during Yard Call.

9) Ants & Rat Problems – We are spraying for ants and placing granulars around dorms. Sticky Pads will be placed out for rats.

10) Mirrors and Plywood for Bathroom – Will notify Maintenance for new mirrors and new wood for soap and bath cloths near Lavatories.

11) Additional Time to eat meal during Breakfast – Will contact Lt. Seals to look into the time Limit. *limited Time due prison Inmate capacity*

MEETING ADJOURNED.

THE FOLLOWING INMATES ARE SCHEDULED FOR DR. WEST ON AUG. 15, 2006 IN HCU.

| Patients L Name | Patients F Name | DOC # | Unit # | Time |
|---|---|---|---|---|
| CHARLESTON | RODERICK | 195055 | 6A48 | 10:00AM |
| WILLIAMS | LEON | 240028 | 6A | 10:30AM |
| JACKSON | EDDIE | 223883 | 6B88 | 11:00AM |
| JONES | ROBERT | 100948 | 6B56 | 11:30AM |
| JONES | JEFFERY | 219323 | 7A58 | 1:00PM |
| GRIFFITH | LARRY | 223904 | 9B46 | 1:30PM |
| WILLIAMS | JAMES | 219056 | 9B | 2:00PM |
| FORSHEE | JIMMY | 225952 | 9B32 | 2:30PM |
| LEWIS | RANDALL | 223739 | 9B19 | 3:00PM |

06-154

PAGE #3