EXHIBITS "D"  DANGEROUS BACTERIA

# SUPERBUG ON RISE

## Skin infections caused by drug-resistant staph germs are spreading in the U.S.

**By MARILYNN MARCHIONE**
AP Medical Writer

A once-rare drug-resistant germ now appears to cause more than half of all skin infections treated in U.S. emergency rooms, say researchers who documented the superbug's startling spread in the general population.

Many victims mistakenly thought they just had spider bites that wouldn't heal, not drug-resistant staph bacteria. Only a decade ago, these germs were hardly ever seen outside of hospitals and nursing homes.

Doctors also were caught off-guard — most of them unwittingly prescribed medicines that do not work against the bacteria.

"It is time for physicians to realize just how prevalent this is," said Dr. Gregory Moran of Olive View-UCLA Medical Center, who led the study.

Another author, Dr. Rachel Gorwitz of the Centers for Disease Control and Prevention, said: "I think no one was aware of the extent of the problem."

Skin infections can be life-threatening if bacte-

### SOME TIPS FOR PREVENTION
Associated Press

Drug-resistant staph bacteria increasingly cause skin infections. Some prevention tips:
- Wash hands thoroughly and often with soap and water.
- Keep cuts and scrapes clean and covered with a bandage until healed.
- Avoid contact with other people's wounds or bandages.
- Don't share towels, wash cloths, razors, soap, ointments or other personal items.
- Wipe down athletic gear like mats, head protectors and gym equipment with alcohol or antiseptic solution after each person uses it.
- See a doctor if you have a sore or boil, and don't try to drain it yourself at home.

Sources: U.S. Centers for Disease Control and Prevention; interviews with doctors.

# Staph germs are increasing in U.S.

▶Continued from Page 1A

ria get into the bloodstream. Drug-resistant strains can also cause a vicious type of pneumonia and even "flesh-eating" wounds.

The CDC paid for the study, published in today's New England Journal of Medicine. Several authors have consulted for companies that make antibiotics.

Researchers analyzed all skin infections among adults who went to hospital emergency rooms in 11 U.S. cities in August 2004. Of the 422 cases, 249, or 59 percent, were caused by methicillin-resistant Staphylococcus aureus, or MRSA. Such bacteria are impervious to the penicillin family of drugs long used for treatment.

The proportion of infections due to MRSA ranged from 15 percent to as high as 74 percent in some hospitals.

"This completely matches what our experience at Vanderbilt Children's Hospital has been," said Dr. Buddy Creech, an infectious-disease specialist whose hospital was not included in the study. "Usually what we see is a mom or dad brings their child in with what they describe as a spider bite that's not getting better or a pimple that's not getting better," and it turns out to be MRSA.

The germ typically thrives in health-care settings where people have open wounds and tubes. But in recent years, outbreaks have occurred among prisoners, children and athletes, with the germ spreading through skin contact or shared items such as towels. Dozens of people in Ohio, Kentucky and Vermont recently got MRSA skin infections from tattoos.

The good news: MRSA infections contracted outside a hospital are easier to treat. The study found that several antibiotics work against them, including some sulfa drugs that have been around for decades. A separate study in the journal reports the effectiveness of Cubicin, an antibiotic recently approved to treat bloodstream infections and heart inflammation caused by MRSA.

However, doctors need to test skin infections to see what germ is causing them, and to treat each one as if it were MRSA until test results prove otherwise, researchers said.

"We have made a fundamental shift in pediatrics in our area" and now assume that every such case is the drug-resistant type, Creech said.

And, doctors need to lance the wound to get rid of bacteria rather than relying on a drug to do the job.

"The most important treatment is actually draining the pus," Gorwitz said. Often that is a cure all by itself, she said.

The study was done in Albuquerque, N.M.; Atlanta; Charlotte, N.C.; Kansas City, Mo.; Los Angeles; Minneapolis; New Orleans; New York; Philadelphia; Phoenix; and Portland, Ore.

### ON THE NET

New England Journal of Medicine
www.nejm.org

Centers for Disease Control and Prevention
www.cdc.gov/ncidod/dhqp/ar—mrsa—ca.html

---

### Study finds the spread of a 'superbug'

An MRSA skin infection, first looking like a spider bite or pimple, can be life-threatening if it moves into the bloodstream. A study found the once-rare infection is on the rise.

**Adult emergency room skin infections, Aug. 2004**: Methicillin-resistant Staphylococcus aureus (MRSA) 59% | Other germs 41%

**Resisting MRSA transmission**

 Found in the nostrils and on skin of up to 30 percent of the population

Gets **into blood** through open wounds or a tube inserted into the bloodstream

 **Hand-washing** is the main prevention since the bug is mainly spread by skin contact

Wear **masks, gloves and gowns** for protection from infectious body fluids

**Isolate** MRSA carriers in a private room or with other carriers

Source: Centers for Disease Control and Prevention        AP

# Alabama prison system turning to private sector to clean river sewage

MONTGOMERY (AP) — It's a heavy duty cleaning job like no other: ridding Alabama's rivers of the sewage that has seeped out of eight waste water management facilities run by the prison system for years — then making sure it doesn't happen again.

The state corrections department, after complaints and lawsuits accusing it of heavy duty pollution, is turning to the private sector this time.

DOC attorney Kim Thomas said Thursday that letting private companies operate the waste water treatment plants under lease agreements will allow the department to "get out of the sewage business."

Starting July 20, the department will begin accepting proposals from firms on how they will comply with state and federal environmental laws and how it will be financed. The deadline for submitting proposals is Aug. 9. Prisons Commissioner Richard Allen hopes to have companies chosen by this fall.

"Everyone that's going to be a bidder has to be experienced in this area," Allen said. "We're trying to get something that's going to fix these problems."

The plants on prison grounds treat the waste produced by inmates. The waste water is supposed to be treated to meet health standards before being released into the surrounding waterways. But due to factors including overcrowding and aging equipment, raw sewage and partially treated water is often released, leading to damaged environments, broken codes and lawsuits.

"Currently the department is in the sewage business in a way because DOC operates and maintains those plants," Thomas said. Under the department's plan, the private operator will take on the financial responsibilities and the department will be a customer.

The transfers will place the responsiblity of complying with ADEM codes on the operators.

"It's not like we're sitting back and not paying any attention, but just the management and operations will be more on the vendor as opposed to us," Thomas said.

According to the agency's proposal request, vendors will lease and improve the equipment at the prison sites and pay DOC a percentage of any profits they make from treating waste from other clients in the areas they service with the prison plants.

The privatization model was adopted at Donaldson prison in Jefferson County when DOC turned it over to Alabama Utility Service last year.

That move was prompted when the Black Warrior Riverkeeper, a Birmingham-based environmental group, filed a complaint against DOC with the Alabama Department of Environmental Management.