IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

Donald W. Young 157063
Plaintiff Affiant Prose,
           VS.
Richard Allen, Bob Riley
Sidney Williams, et al.
       Defendants

CASE NO. 2:06-CV-282

RECEIVED
2006 SEP -7 A 10:16

Affidavit "Supporting" to this
42 U.S.C. Sec. 1983 Complaint

Donald W. Young, the Above Plaintiff supporting this Affidavit as Affiant to this Complaint under Penalty of Perjury that the foregoing is TRUE and 28 USC Sec. 1746 provides that in all Federal Court Proceedings written Declarations made under Penalty of Perjury are permissible in lieu of Notarized Affidavits Carter vs. Clark, 616 F.2d 228 (5th Cir. 1980)

Affiant Donald W. Young, states that Easterling Correctional Facility has Staph (TB) Scabies, lice Hepatitus (B) (C) diseases, this is Hazardous to Plaintiffs well being (Health and Safety). These Diseases Are Really unknown to the Plaintiffs and Witnesses. I Am and Have been being treated for skin problems since coming to this camp for almost 3-years now, I Believe that its Staph. I also Have Been Vaccinated for Hepatitus (B) and Have since Discovered that this was an experimental Drug, where we were told by D.O.C at this Institution that we were only being vaccinated as a precaution and that there was Risk at this Facility that Hepatitus (B) could be spread.

(1.)

When I arrived at Kilby in 1990 to begin my sentence I was also tested for (TB), But Recently I was tested again and found to to have a positive test, where I was treated with (I) and (H). I tested negative before this test. I now know that I have been exposed to the (TB) virus, for which I have not been treated properly nor have I received information about my new found disease, I have been X-Rayed one time in almost 4 years.

The exhibits "Inmate Newsletter" will also show that there is an increased level of violence in the Dorms "Exhibits in Answer to Defendants Report" This violence keeps me stressed and on edge, because I have also been diagnosed by D.O.C Psychologist Bi-Polar Condition, there is never a D.O.C officer actively involved with security in the Dorms, there are Numerous and Random acts of forced sexual acts upon weaker Inmates, But the overcrowded Dorms and Beds Block the view that the assigned Cube Officer, who electronically activates the opening and closing of Dorm Doors, cannot see much less keep Security for 120 Inmates.

There is only 4- Toilets, one urinal, and 6 lavatories in this Dorm, We have to stand in line to wait your turn to use Rest Room on a Consistent Basis and use one urinal for two men. The excessive noise throughout the Day from 3:00 AM in the morning until 11:30 PM leaves me deprived of needed rest D.O.C makes all their announcements on these loud speakers wether addressing one man or the whole facility they routinely and consistently are by excessive noise depriving Inmates of Proper Resting Periods, due to understaffing and Defendants overcrowding.

(2.)

I am being forced in this STAPH infested Invironment to get Haircuts with unsanitized Barber Tools thats spreading this MRSA Bacteria to the Head Neck and Face of all Inmates. The Problems Are Severe. I was Not Granted Discovery By this Court where I could Have Substantially upheld my complaint with Medical Records from Inmates who have had lab TEST with Results Showing Positive STAPH Infections TROY LEE who said that His Records Presently will Show that he has been diagnosed with STAPH on His Neck with Severe Boils, I have had too myself lance Boils on my legs Scared Now, to Relieve this Problem only to have it Return. We are not being provided the Proper Sanitation or Sterilization products to help prevent the spread of this Deadly Bacteria, But we do have Inmate Buletins Posted in the Dorms Given out By D.O.C on How to Keep Sanitation. Warden Mosley States In Her Sworn Affidavit that the water Source in Clio is OK and gives water Reports. My Complaint specifically States that the water Storage and Source is located on Easterling Corr. Facilities Property Not at Clio. Obviously water is being distributed from here, the Float Gauge can be seen and it indicates being full and empty at various Intervals.

The existing Problems for myself are very Tormenting and Cruel to the extent that myself and other Inmates could be made to become very violent in order to Protect ourselves under the current conditions, where its survival of the fittest. The Plaintiff is suffering under the (8th) Amendment to the Constitution, which Prohibits "Cruel and Unusual Punishment" deliberate Indifference, and callus Disregard for Plaintiffs safety

(3.)

is conduct that violative of Plaintiffs RIGHTS, THERE is NO SAFE fire exiting STRATEGIES in PLACE for these overcrowded Dorms and if there was, the fire Drills Prove that there could not be Enough time for SAFE Exit if fire did occur, EVEN if the SAFETY Systems Smoke Detectors and Alarm System were working.

Affiant Hereby Declares under Penalty of Perjury Pursuant to 28 USC § 1746 that this Affidavit has been Mailed united STATES Postal PRE-PAID EASTERling Post Office to Clerk of THE US District Court and Defendants Attorneys Done THIS 2nd day of September 2006

SIGNED: Donald W. Young 152063
800 Whatley Drive
Clio, Alabama
36017-2613

C.C.    STATES ATTORNEYS
TROY King
Office of Attorney General
11 South union ST
36130
United States District
Clerk
P.O. Box 711
Montgomery, Alabama
36101-0711

(4.)