IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

RECEIVED
2006 SEP -7 A 10:15

Donald W. Young
Plaintiff, Pro Se,
vs.
Richard Allen, Bob Riley,
Sidney Williams, et. al.,
Defendants.

CASE NO. 2:06-CV-282

MEMORANDUM SUPPORTING
WITNESSES TO WITNESS THIS
42 U.S.C SEC. 1983 COMPLAINT

Donald W. Young, the above Plaintiff supporting this Memorandum of Witnesses to Witness the Complaint under Penalty of Perjury that the foregoing is TRUE and CORRECT. 28 U.S.C SEC. 1746 Provides that In All Federal Court Proceedings written Declarations Made under Penalty of Perjury are permissible in Lieu of Notarized Affidavits, Carter vs. Clark, 616 F2d 228 (5th Cir. 1980).

Plaintiff Donald W. Young STATES THAT EASTERLING CORRECTIONAL FACILITY is Hazardous and dangerous to Plaintiffs and witnesses Well being (Health and safety)

(1.)

All witnesses who signed this complaint states the following: EASTERLING Corr. Fac. has STAPH, (TB), Scabies, lice, Hepatitus (B) and (C) diseases that is really unknown to the Plaintiff and witnesses. THE STAPH DISEASE IS at EPIDEMIC Porportions in this Enviroment and THE Whole Inmate Population Has Had to be vaccinated for Hepatitus (B) unknowing to its Presence in and Around this Enviroment. Men have Sores and Boils too Numerous for the occesional SPIDER Bites that we are told is the Problem, Sever to Chronic Infection for long durations from this Plague continues with total disregard to Health and Safety. This Facility is dangerously understaffed Both with Correction officers and Medical Staff with About ¼th of the Minimum Required Legal standard. We will witness that this water system is Contaminated, THE evidence Reflects that the water supplied to Easterling Corr. Fac. is being supplied by a Ground Well and elevated STORAGE TANK located on STATE Property within 200 yards of EASTERLING CORR. FAC. 200 WALLACE DRIVE Clio, Alabama 36017. The Drinking water at Easterling is Not being Tested by the Enviromental Management Agency, The water Has a foul odor and Taste, and is very oily.

(2.)

The Doctor attributes to this numerous developments of skin rashes and sores, boils, and is believed to be developed from this water condition compounded by "Defendants overcrowding" which is the source of all disease here at (ECF) thats epidemic. The kitchen workers and institutional barbers are not being properly screened for these diseases before being put to work inside the institution therefore Plaintiff's is being deprived of his constitutional right to health and safety, and being denied his equal protection of the law under the United States and State of Alabama Constitutional Right, to his 1st, 5th, 8th, 9th, 10th, 13th, 14th Amendment due process of law. Plaintiff has a right not to be expose to dangerous diseases and violent atmospheres understaffed thats life threatening of epidemics and violent inmates who rape, assault and have their way in this enviroment. The Plaintiff is suffering under the (8th) Amendment to the constitution, which prohibits "cruel and unusual punishment," A safe and healthy living enviroment under these conditions is impossible, therefore Easterling Corr. Fac. via "Defendants overcrowding" is denying the Plaintiff's constitutional rights

(3.)

WITNESSES HEREBY declare under PENALTY of PERJURY PURSUANT TO 28 U.S.C § 1746 that this Memorandum of Witness has been Mailed United States Postal PRE PAID Easterling Post Office to Clerk of the U.S. Court and The Defendants Attorneys, DONE this 2nd day of September 2006

EXECUTED ON 2nd day of September 2006

SIGNED Donald W. Young 157063
PLAINTIFF PRO SE
260 WALLACE DRIVE
Clio, ALABAMA 36017

C.C. STATES ATTORNEYS
TROY KING
ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA
36130-0152

UNITED STATES
DISTRICT COURT
CLERK
P.O. BOX 711
MONTGOMERY AL.
36101-0711

4.

The Plaintiff is suffering under the (8th) amendment to the constitution, which prohibits "cruel and unusual punishment", "a safe condition at Easterling Correctional Facility is denied". Plaintiff's eighth amendment ban on "cruel and unusual punishment" deliberate in difference and callus indifference or reckless disregard for Plaintiff's safety and this conduct violates Plaintiff's rights.

Signature of all witnesses infra:

Gregory R Moberg #109842
ECF
200 Wallace Dr
Clio AL 36017

Herman Kelly #144483
ECF
200 Wallace Dr
Clio, AL. 36017

Andrew Beaver #205387
ECF
200 Wallace Drive
Clio, Al 36017

Clarence Fowler #220106
ECF
200 Wallace Drive
Clio, Al 36017

Redius Worthey
200 Wallace Dr.
Clio Al 36017 (231881)

Fredrick Gooden #122156
ECF
200 Wallace Dr
Clio, Ala 36017

Lawrence Jones 182401
ECF
200 Wallace Dr
Clio, Al 36017

Willie J. White #221023
E.C.F.
200 Wallace Dr.
Clio, Ala. 36017

Wadereid Echols 174847
E.C.F.
200 Wallace Dr
Clio, Ala. 36017

(4)

NAME Guy Drayton #140825
ADDRESS 9A-59 200 WALLACE DRIVE
CITY Clio  STATE AL
ZIP CODE 36017  PHONE _____

NAME Samuel Johnson
ADDRESS 7-B-29 200 Wallace Dr
CITY Clio  STATE Ala
ZIP CODE 36017  PHONE _____

NAME Johnny K Adams 148241
ADDRESS 8A-80 200 Wallace Dr.
CITY Clio  STATE Al.
ZIP CODE 36017  PHONE _____

NAME Timothy Williams
ADDRESS 8A-109 200 Wallace Dr.
CITY Clio  STATE Ala
ZIP CODE 36017  PHONE _____

NAME Kenneth Johnson #156241
ADDRESS 200 Wallace Dr.
CITY Clio  STATE Al.
ZIP CODE 36017  PHONE _____

NAME Mike Cardarelli
ADDRESS 8B-86 200 Wallace Dr
CITY Clio  STATE Al
ZIP CODE 36017  PHONE _____

NAME Gregory Rosen
ADDRESS ECF-7-B-80 200 Wallace Dr.
CITY Clio  STATE Al
ZIP CODE 36017  PHONE _____

NAME Hoyt G Cline
ADDRESS 7-A-129 200 Wallace
CITY Clio  STATE Al
ZIP CODE 36017  PHONE _____

NAME Calvin Brooks #137185
ADDRESS 200 Wallace Dr.
CITY Clio  STATE Al.
ZIP CODE 36017  PHONE _____

NAME Herbert D. Green 171608
ADDRESS 9A-35 200 Wallace Drive
CITY Clio  STATE Al
ZIP CODE 36017  PHONE _____

NAME Tommy Lee Bell
ADDRESS 200 Wallace Dr.
CITY Clio  STATE Al.
ZIP CODE 36017  PHONE _____

NAME Mark Atkinson
ADDRESS 200 Wallace Dr
CITY Clio  STATE Al
ZIP CODE 36017  PHONE _____

NAME Horace Burnett
ADDRESS 200 Wallace Dr.
CITY Clio  STATE Al
ZIP CODE 36017  PHONE N/A

NAME Anthony Kirksey
ADDRESS 200 Wallace 7A-131
CITY Clio  STATE Al
ZIP CODE 36017  PHONE _____

(5)

NAME Robin Robinson 133377
ADDRESS 200 Wallace Dr.
CITY Clio, AL   STATE A/a
ZIP CODE 36017  PHONE ____

NAME Malcolm White 225715
ADDRESS 200 Wallace Dr
CITY Clio   STATE Al
ZIP CODE 36017  PHONE ____

NAME John Southard #119816
ADDRESS 200 Wallace Dr.
CITY Clio   STATE AL.
ZIP CODE 36017  PHONE ____

NAME Demetrius Minniefield 214412
ADDRESS 200 Wallace Drive
CITY Clio   STATE AL.
ZIP CODE 36017  PHONE N-A

NAME Robert Watts #118180
ADDRESS E.C.F. 200 Wallace Dr
CITY Clio   STATE ALA
ZIP CODE 36017-2615  PHONE ____

NAME _____
ADDRESS _____
CITY _____  STATE ____
ZIP CODE ____  PHONE ____

NAME Alvin K Murray 155131
ADDRESS 200 Wallace Drive
CITY Clio   STATE Al.
ZIP CODE 36017  PHONE ____

NAME Richard Dunning
ADDRESS 200-Wallace Dr
CITY Clio   STATE AL
ZIP CODE 36017  PHONE N/A

NAME Raymond Thibault 173979
ADDRESS 200 Wallace Drive
CITY Clio   STATE Al
ZIP CODE 36017  PHONE ____

NAME James A Davis 108239
ADDRESS _____
CITY _____  STATE ____
ZIP CODE ____  PHONE ____

NAME Larry Dover 217258
ADDRESS 200 WALLACE DRive
CITY CLio   STATE AL
ZIP CODE 36017  PHONE ____

NAME Lawrence Chatman 175921
ADDRESS E.C.F. 200 Wallace Drive
CITY Clio   STATE AL.
ZIP CODE 36017  PHONE ____

NAME Leroy Wright 107849
ADDRESS 200 Wallace Dr
CITY Clio   STATE Alabama
ZIP CODE 36017  PHONE ____

NAME David Guthrie
ADDRESS E.C.F. 200 Wallace Drive
CITY Clio   STATE AL
ZIP CODE 36017  PHONE ____

(6)

NAME Christopher Bragg
ADDRESS 200 Wallace Drive
CITY Clio  STATE AL
ZIP CODE 36017  PHONE ___

NAME Robert Louis King II  #149514-7-A-44
ADDRESS E.C.F. 200 Wallace Dr.
CITY Clio  STATE AL
ZIP CODE 36017  PHONE N/A

NAME Julius A. McClaw  #128149
ADDRESS 200 Wallace Dr.
CITY Clio  STATE Ala
ZIP CODE 36017  PHONE ___

NAME Gary Tipton
ADDRESS E.C.F. 200 Wallace Dr.
CITY Clio  STATE AL
ZIP CODE 36017  PHONE ___

NAME Rodney Johnson #143497
ADDRESS 200 Wallace Dr.
CITY Clio  STATE Ala
ZIP CODE 36017  PHONE ___

NAME McCall, Jermaine 208114
ADDRESS 200 Wallace Dr. 7-A-38
CITY Clio  STATE A
ZIP CODE 36014  PHONE N/A

NAME Steve Franklin 801693
ADDRESS 200 Wallace Dr.
CITY Clio  STATE AL
ZIP CODE 36017  PHONE N/A

NAME William H. Jones #158027
ADDRESS 200 Wallace Drive (7A-102)
CITY Clio  STATE AL
ZIP CODE 36017  PHONE N/A

NAME Jeffrey Owens 194322
ADDRESS 200 Wallace Dr
CITY Clio  STATE Ala
ZIP CODE 36017  PHONE ___

NAME James Bigham #14161
ADDRESS 200 Wallace Dr. (7A-31)
CITY Clio  STATE AL
ZIP CODE 36017  PHONE ___

NAME Darnell Williams 197188
ADDRESS 200 Wallace Dr.
CITY Clio  STATE AL
ZIP CODE 36017  PHONE ___

NAME Robert Wigham 144216
ADDRESS ___
CITY ___  STATE ___
ZIP CODE ___  PHONE ___

NAME Nedrick Boyd 199576
ADDRESS 200 Wallace Dr.
CITY Clio  STATE AL
ZIP CODE 36017  PHONE ___

NAME Maxwell Reeder #149293
ADDRESS E.C.F. 7-A-69  200 Wallace Dr.
CITY Clio  STATE Ala
ZIP CODE 36017  PHONE ___

(7)

NAME William Coleman #146567
ADDRESS 200 Wallace Dr
CITY Clio STATE ALA
ZIP CODE 36017 PHONE _____

NAME GARY B Eller #240616
ADDRESS 200 Wallace DR
CITY Clio STATE AL
ZIP CODE 36017 PHONE _____

NAME WILLIAM FOUNTAIN 238273
ADDRESS 200 WALLACE DR
CITY CLIO STATE AL
ZIP CODE 36017 PHONE _____

NAME Jerry Perry #129381
ADDRESS 200 Wallace Dr
CITY Clio STATE ALA
ZIP CODE 36017 PHONE _____

NAME Steve Patterson 203855
ADDRESS 200 Wallace Drive
CITY Clio STATE Al
ZIP CODE 36017 PHONE _____

NAME Billy Stewart 223154
ADDRESS 200 Wallace dr
CITY Clio STATE AL
ZIP CODE 36017 PHONE _____

NAME Johnnie E. Watts-CC
ADDRESS 200 Wallace Dr.
CITY Clio STATE Ala
ZIP CODE 36017 PHONE _____

NAME Rex Hartley 133711
ADDRESS 200 Wallace Dr
CITY Clio STATE AL
ZIP CODE _____ PHONE _____

NAME Curtis McCall
ADDRESS 200 Wallace Dr
CITY Clio STATE AL
ZIP CODE 36017 PHONE _____

NAME John Darington 165427
ADDRESS _____
CITY _____ STATE _____
ZIP CODE _____ PHONE _____

NAME LeBRON J. SPRAYBERRY 229998
ADDRESS 200 WALLACE DR
CITY Clio STATE 36017 AL
ZIP CODE N/A PHONE _____

NAME Carl Horn
ADDRESS 200 Wallace DR.
CITY Clio STATE AL
ZIP CODE 36017 PHONE _____

NAME Arnold Avans 209331
ADDRESS 208 Wallace Dr
CITY Clio STATE Ala
ZIP CODE 36017 PHONE _____

NAME Corbit Stallings
ADDRESS Easterling Correction Facility
CITY 200 Wallace Drive STATE AL
ZIP CODE 36017 PHONE _____

(8)

NAME William Quinn
ADDRESS 200 Wallace DR
CITY Clio    STATE AL
ZIP CODE 36017    PHONE _____

NAME Warren L. Pearson #239268
ADDRESS 200 Wallace Dr.
CITY Clio    STATE AL
ZIP CODE 36017    PHONE _____

NAME Stephen Lewis #200885
ADDRESS 200 Wallace Drive
CITY Clio    STATE AL
ZIP CODE 36017    PHONE _____

NAME Vincent Parrish Jr. #203765
ADDRESS 200 Wallace Drive
CITY Clio    STATE AL
ZIP CODE 36017    PHONE _____

NAME Burnideen Sawley 221264
ADDRESS 200 Wallace Drive
CITY Clio    STATE AL
ZIP CODE 36017    PHONE _____

NAME Tyrone Balett #220312
ADDRESS 200 Wallace Dr.
CITY Clio    STATE ALA
ZIP CODE 36017    PHONE _____

NAME Leotis Reese #180509
ADDRESS 200 Wallace Dr.
CITY Clio    STATE AL
ZIP CODE 36017    PHONE N/A

NAME Elisha Outsey
ADDRESS 200 Wallace Drive
CITY Clio    STATE AL
ZIP CODE 36017    PHONE _____

NAME Cecil McBride
ADDRESS 200 Wallace Drive
CITY Clio    STATE AL
ZIP CODE 36017    PHONE _____

NAME Leonard Davis
ADDRESS 200 Wallace DR
CITY Clio    STATE AL
ZIP CODE 36017    PHONE _____

NAME Jerry Crowden
ADDRESS 200 Wallace DR
CITY Clio    STATE AL
ZIP CODE 36017    PHONE _____

NAME James Boras #148832
ADDRESS 200 Wallace Drive
CITY Clio    STATE AL
ZIP CODE 36017    PHONE _____

NAME Willie Thompson, Sr.
ADDRESS E.C.F., 200 Wallace Dr.
CITY Clio    STATE AL
ZIP CODE 36017    PHONE _____

NAME Barry Lee Burnett #168832
ADDRESS E.C.F. 200 Wallace Dr.
CITY Clio    STATE AL
ZIP CODE 36017    PHONE _____

(9)

NAME Sonny James Russell #107992
ADDRESS 200 Wallace Dr.
CITY Clio    STATE Ala
ZIP CODE 36017   PHONE X

NAME Timothy Macon - 186256
ADDRESS 200 Wallace Drive
CITY Clio    STATE Ala
ZIP CODE 36017   PHONE X

NAME Johnny Patterson
ADDRESS 200 Wallace Dr.
CITY Clio    STATE Ala.
ZIP CODE 36017   PHONE

NAME James Adams 108239
ADDRESS 200 Wallace Dr.
CITY Clio    STATE Ala
ZIP CODE 36017   PHONE

NAME David McLaughlin 234366
ADDRESS 200 Wallace Dr
CITY Clio    STATE Ala
ZIP CODE 36017   PHONE

NAME Terry Joe Presley #197489
ADDRESS c/o Easterling Corr Facility 200 Wallace Dr. G-A-88
CITY Clio    STATE Al
ZIP CODE 36017-2615   PHONE

NAME Caleb M. Withrow - 215337 9-A/90
ADDRESS Easterling Corr Fac. 200 Wallace Dr.
CITY Clio    STATE Al.
ZIP CODE 36017   PHONE

NAME Juan Laguna #239193
ADDRESS Easterling Corr Facility 200 Wallace Dr
CITY Clio    STATE Al
ZIP CODE 36017   PHONE X

NAME Milao White 111648
ADDRESS 200 Wallace Dr
CITY Clio    STATE AL
ZIP CODE 36017   PHONE

NAME Amir Georgia 218303
ADDRESS 200 Wallace Drive
CITY Clio    STATE Ala.
ZIP CODE 36017   PHONE

NAME Charles King
ADDRESS 200 Wallace Dr
CITY Clio    STATE AL
ZIP CODE 36089   PHONE

NAME Bobby Hall
ADDRESS 200 Wallace Dr.
CITY Clio    STATE Ala
ZIP CODE 36017   PHONE X

NAME Marcus Smith
ADDRESS 200 Wallace
CITY Clio    STATE AL
ZIP CODE 36017   PHONE X

NAME Anthony J. Brown
ADDRESS 200 Wallace Dr.
CITY Clio    STATE Al
ZIP CODE 36017   PHONE X

(10)

NAME Cecile L Lynch #166301
ADDRESS 200 Wallace Dr, 8B-010
CITY Clio           STATE AL
ZIP CODE 36017-2613   PHONE

NAME Richard K Pitts 233820 8B-34
ADDRESS 200 Wallace Dr
CITY Clio           STATE AL
ZIP CODE 36017   PHONE

NAME Donald W Young #157063
ADDRESS 200 Wallace Drive
CITY Clio           STATE Alabama
ZIP CODE 36017   PHONE

NAME Roosevelt Hallman
ADDRESS 200 Wallace Drive
CITY Clio           STATE AL
ZIP CODE 36017   PHONE

NAME Ronnie Parker II 162147
ADDRESS 200 Wallace Dr 8B-36
CITY Clio           STATE Ala
ZIP CODE 36017   PHONE

NAME ~~[redacted]~~
ADDRESS ~~[redacted]~~
CITY Clio           STATE AL
ZIP CODE 36017   PHONE

NAME Perry Watts #181247
ADDRESS 200 Wallace Dr.
CITY Clio           STATE Al
ZIP CODE 36017   PHONE

NAME Greg Woodson
ADDRESS 200 Wallace
CITY Clio           STATE Ala.
ZIP CODE 36017   PHONE

NAME Michael Munday 142056
ADDRESS 200 Wallace Dr.
CITY Clio           STATE Al
ZIP CODE 36017   PHONE

NAME Rayshun Torbert 198029
ADDRESS 200 Wallace Drive
CITY Clio           STATE Al
ZIP CODE 36017   PHONE

NAME William Bullard Jr #236827
ADDRESS 200 Wallace Drive
CITY Clio           STATE Al
ZIP CODE 36017   PHONE

NAME GENE BEASLEY 161851
ADDRESS 200 WALLACE DRIVE
CITY CLIO           STATE AL
ZIP CODE 36017   PHONE

NAME Jesse McAdory #121562
ADDRESS 200 Wallace Drive
CITY Clio           STATE AL
ZIP CODE 36017   PHONE

NAME ALFRED E. REED #136750
ADDRESS 200 WALLACE DRIVE
CITY Clio           STATE Al
ZIP CODE 36017   PHONE

(11)

Easterling Correctional Facility.

NAME Benjamin A. Cummings
ADDRESS 200 Wallace Drive
CITY Clio STATE Al
ZIP CODE 36017-2615 PHONE _____

NAME Eddie Grimes JR 186427
ADDRESS 200 Wallace Drive
CITY Clio, A STATE AL
ZIP CODE 36017 PHONE _____

NAME Joseph B. Didley 135327
ADDRESS 200 Wallace Drive
CITY Clio STATE Al
ZIP CODE 36017 PHONE _____

NAME Angelo L. Massey 202582
ADDRESS 200 Wallace Drive
CITY Clio Al STATE Al
ZIP CODE 36017 PHONE _____

NAME William Mitchell
ADDRESS 200 Wallace Drive
CITY Clio STATE AL
ZIP CODE 36107 PHONE _____

NAME Reginald Bowser #206391
ADDRESS 200 Wallace Drive
CITY Clio STATE Ala
ZIP CODE 36017 PHONE _____

NAME Willie Hester
ADDRESS 200 Wallace Dr
CITY Clio STATE AL
ZIP CODE 36017 PHONE _____

NAME James Burks
ADDRESS 200 Wallace Dr.
CITY Clio STATE AL
ZIP CODE 36017 PHONE _____

NAME David Marks 239983
ADDRESS 200 Wallace Dr
CITY Clio STATE AL
ZIP CODE 36017 PHONE _____

NAME Michael Burnes
ADDRESS 200 Wallace Dr.
CITY Clio STATE Al
ZIP CODE 36017 PHONE _____

NAME Daryl Johnson 240476
ADDRESS 200 Wallace Dr
CITY Clio STATE AL
ZIP CODE 36017 PHONE _____

NAME Marcus Slater
ADDRESS _____
CITY _____ STATE _____
ZIP CODE _____ PHONE _____

NAME G.B. Belcher 110009
ADDRESS 200 Wallace Drive
CITY Clio STATE AL.
ZIP CODE 36017 PHONE _____

NAME David Garlock #214579
ADDRESS 200 Wallace Drive
CITY Clio STATE AL
ZIP CODE 36017 PHONE _____

(13)

NAME Eric Lee Brown
ADDRESS Easterling 216794
CITY Clio, STATE Al
ZIP CODE 36017 PHONE ——

NAME Anthony D. Johnson
ADDRESS Easterling 235479
CITY Clio STATE AL
ZIP CODE 36017 PHONE ——

NAME John Bethel
ADDRESS Easterling 173958
CITY Clio STATE Al
ZIP CODE 36017 PHONE ——

NAME Johnnie Sinclair 211285
ADDRESS Clio
CITY Easterling STATE Al
ZIP CODE 36017 PHONE ——

NAME Mark A. Lingenfelter
ADDRESS Easterling 216060
CITY Clio STATE AL
ZIP CODE 36017 PHONE ——

NAME Afiba McNair #219830
ADDRESS Easterling Corr. Facilty
CITY Clio STATE ——
ZIP CODE 36017 PHONE ——

NAME Barry Mullins
ADDRESS Easterling 239765
CITY Clio STATE Al
ZIP CODE 36017 PHONE ——

X NAME Herbert Kimbrough #176450
ADDRESS Clio, AL 36017
CITY Clio STATE Al
ZIP CODE ____ PHONE ____

NAME Rex Sanders
ADDRESS Easterling 197021
CITY Clio STATE Ala.
ZIP CODE 36017 PHONE ——

NAME ____
ADDRESS ____
CITY ____ STATE ____
ZIP CODE ____ PHONE ____

NAME Alfonzo Bryant
ADDRESS Easterling 215916
CITY Clio STATE Ala
ZIP CODE 36017 PHONE ——

NAME ____
ADDRESS ____
CITY ____ STATE ____
ZIP CODE ____ PHONE ____

NAME Frederick Dunning
ADDRESS Easterling 174366
CITY Clio STATE Al
ZIP CODE 36017 PHONE ____

NAME ____
ADDRESS ____
CITY ____ STATE ____
ZIP CODE ____ PHONE ____

(14.)

NAME PRESTON DAVIS 234672
ADDRESS 200 Wallace Dr
CITY CLIO STATE AL
ZIP CODE 36017 PHONE ___

NAME Johnny Wilson 141569
ADDRESS 200 Wallace Dr
CITY Clio STATE Al
ZIP CODE 36017 PHONE None

NAME JAMES R RICH #154215
ADDRESS 200 WALLACE DRIVE
CITY CLIO STATE Ala
ZIP CODE 36017 PHONE N/A

NAME Christopher Owens #217794
ADDRESS 200 Wallace Dr.
CITY Clio STATE AL
ZIP CODE 36017 PHONE N/A

NAME ___
ADDRESS ___
CITY ___ STATE ___
ZIP CODE ___ PHONE ___

NAME ___
ADDRESS ___
CITY ___ STATE ___
ZIP CODE ___ PHONE ___

NAME ___
ADDRESS ___
CITY ___ STATE ___
ZIP CODE ___ PHONE ___

NAME ___
ADDRESS ___
CITY ___ STATE ___
ZIP CODE ___ PHONE ___

NAME ___
ADDRESS ___
CITY ___ STATE ___
ZIP CODE ___ PHONE ___

NAME ___
ADDRESS ___
CITY ___ STATE ___
ZIP CODE ___ PHONE ___

(15.)