IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
ALABAMA     NORTHERN DIVISION

RECEIVED
2006 SEP -7  A 10: 16

Donald W. Young #157063     *
Plaintiff, Pro Se,          *
Vs.                         *     Case No. 2:06-cv-282
Richard Allen, Bob Riley,   *
Sidney Williams, et, al.,   *
Defendants,                 *

WITNESSES TO WITNESS

THIS 42 U.S.C SEC 1983 Complaint Donald W. Young, the above Plaintiff supporting this testimony of the witness to the complaint under penalty of perjury that the foregoing is true and correct. 28 U.S.C 1746 provides that in all federal court proceedings written declarations made under penalty of perjury are permissible in lieu of notarized affidavits. Carter vs. Clark 616 F. 2d 288.

WITNESS GENE BEASLEY #161851, being duly sworn deposes and says: I am the witness in the above entitled matter.

1.

I HAVE BEEN DIAGNOSED with STAPH INFECTION. THIS HAS BEEN AN ongoing Problem for me and many others. My Problem began in 2004, but has been a Problem for others, to my knowledge since 2002 here at Easterling Correctional Fac. and when we were treated for these Ifectious Boils, we were told that these are SPIDER Bites and Rashes. AT THE Present I Am STILL Being TREATED for this Problem Now Going on 3-YEARS thats Refusing to go away Now in 2006. WE ARE Dealing with STAPH where overcrowding is the Direct Result of this Deadly Bacteria. I HAVE Done some Personal Rehsearch with the Help of some of my Friends And Realitives and I HAVE Discovered that HERE AT THE EASTERLING CORR. Facility and let me say I AM No expert, But In my Opinion Neither are those

2.

who are treating us. In most cases here, staph infections have caused pimples, boils and infected hair follicles. But the same infection can also lead to sepsis, an infection of the blood stream, and necrotizing fasciitis, "The flesh eating disease." Penelope McClenny a staff reporter for the Mobile Press Register on Sunday March 5, 2006 "STAPH" "Its a full-blown epidemic in the numbers we are seeing" Quoting Dr. Danny Sparks. Even more alarming because of the overcrowding there is an increase of the symptoms that we have here at Easterling rising daily, where I believe from my research we have developed a strain in our crowded incarcerated enviroment. Because of my circumstances and having been told that my problem will not go away untill I am "separated from the 1200 to 1500 or so inmates at E.C.F" This statement was made to me by Health Staff. Inmates often are asking here at ECF (HCU) about the threat of STAPH during examination and consultation, But very few realize the increased chance of acquiring the infection, This infection that is epidemic here in my opinion can be acquired anywhere in this institution. My research revealed that some of the more known places, unlike prison facilities, who don't have exposure to accountability in this area; are the more likely venues that include fitness centers (the weight pile and gym here?)

3.

AND College Dorms (Dormitories here where we spend 22 to 23 hours a day, year round, confined to ~~these~~ conditions) Both Places that cater to large crowds and often have People sharing Showerfacilites.

I would also grant that this Court and the Plaintiffs be given Power of Attorney to investigate my Medical Records or to consider getting this Facilities Staph Infections Reports and Labartory Cultures done here at the E.F.C (HCU). ~~And this~~

~~Gene Beasley declares~~, AIS #161851, that under Penalty of Perjury to 28 U.S.C § 1746 that he Mailed A Copy of Affidavit In Support of Class Action 1983 to Office of the Clerk P.O. Box 711 Montgomery Ala. 36101-0711 on the _____ day of _____ 2006, by Placing the Affidavit In an Enveniope and Placing the Envelope In the mail Box at E.C.F 200 Wallace Drive Clio, Ala. 36017-2615

Respectfully Submitted:     _Gene Beasley 161851_
                            E.C.F 200 Wallace DR Clio, Ala.
Witnesses: Gene Beasley Statements     36017-2615
_Charles Dixon 139246_
_Donald W. Young 157063_
_Bruce Harms 202029_
_James McDonald 236354_
Plaintiffs

4.