IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT RECEIVED
OF ALABAMA  NORTHERN DIVISION
2006 SEP -7  A 10: 15

Donald W. Young #150063      *
Plaintiff, Pro Se,           *
                             *
VS.                          *    CASE NO. 2:06-CV-282
                             *
Richard Allen, Bob Riley,    *
Sidney Williams, et. al.,    *
Defendants.                  *

WITNESSES TO WITNESS THIS
42 U.S.C SEC. 1983 COMPLAINT

Donald W. Young, the above Plaintiff supporting this Testimony of the witness to the complaint under Penalty of Perjury that the foregoing is true and correct. 28 U.S.C 1746 provides that in all Federal Court proceedings written Declarations made under penalty of perjury are permissible in lieu of notarized affidavits. CARTER VS. CLARK 616 F.2d 288.

Witness JAMES BURKS AIS# 227233, being duly sworn, deposes and says: I am the witness in the above-entitled matter.

1.

JESSIE McADORY AIS# 121562 8-B-110, A TERMINALLY DIAGNOSED Hepatitus (C) Patient within the Department of Corrections (HCU) (ECF) ON 4/6/2006 At 12:00 NOON JESSIE McADORY was TAKEN from Easterling 8-Dorm to Civilian Hospital, But Not Before Being EXAMINED By the Doctor AT Easterling Corr. Fac. (HCU).

JESSIE was IN CRITICAL Conditions IN my OPINION and THE Health CARE facilities were not Adequate enough to keep JESSIE IN THE CARE of this Physical Facility Because of the other occupants IN the (HCU)

JESSIE McADORY was Placed into Population WEEKS Before His Death, 8-Dorm B SIDE, where He was cared for By JAMES BURKS #220233, THERE ARE 4-Beds in the (HCU) Toby George and Authur Carlisle were in two of these Beds I don't know who the other two were in the in the (HCU) Infirmary.

2.

Jessie was in very bad conditions. He deficated and urinated on himself and in his bedding, where he had to be attended to by faith Dorm Residents "WHO" because of overcrowding and no sterile equipment or medical help, have been, by the Defendants, subjected to unhealthy enviroments, Due to the Hepatitus (C) disease, that Jessie McAdory was chronically ill with at this time. Jessie had to be cleansed in the 8-Dorm B-Side Populations Shower where his Fecies had to be cleansed from his body and his bedding washed with the Populations, creating a Bio-Health Hazard of the already STAPH Infested living Areas of the Dormitories over populated more than Double there capacities.

Therefore Jessie McAdory and the Plaintiffs are suffering from Cruel and unusual Punishment and Deliberate Indifference inflicted upon the Plaintiffs by the Defendants overcrowding. Jessie McAdory said to me "James Burks", that the Hospital couldnt keep him there and that why he came back to Population in his condition, Due to Plaintiffs overcrowding.

Respectfull Submitted:   *James Burks*
                         Witness: ECF 200 Wallace Dr.
                         Clio, ALA, 36017-2615

2.

Plainly, JAMES BURKS Declares under Penalty of Perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct that He mailed A copy of Affidavit in support of Class Action 1983 to office of the Clerk P.O. Box 711 Montgomery, Ala 36101-0711 on the _____ day of _____ 2006, And also Prisoner Commissioner Richard Allen, to the Address At 101 S. Union St. P.O. Box 301501 Montgomery, Ala. 36130-1501

EXECUTED ON THE _____ day of _____ 2006

Signed: _James Burks_
Witness: E.C.F
200 Wallace Drive
Clio, Alabama 36017-2615

Witnesses
Charles Dixon 139244
Donald W. Young 157063
x Bruce Harms 202029
James McDonald 236354
Plaintiffs E.C.F
200 Wallace Drive
Clio, Alabama
36017-2615

C.C. Clerk for U.S. District Court P.O. Box 711 Montgomery, AL. 3601-0711

C.C. State Attorneys Troy King

4.