IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
ALABAMA    NORTHERN DIVISION

RECEIVED
2006 SEP -7 A 10: 15

Donald W. Young #152063        *
Plaintiff, Pro Se,             *
VS.                            *    CASE NO. 2:06-CV-282
Richard Allen, Bob Riley,      *
Sidney Williams, et, al.,      *
Defendants.                    *

## WITNESSES TO WITNESS

THIS 42 U.S.C SEC 1983 Complaint Donald W. Young, the above Plaintiff supporting this testimony of the witness to the complaint under penalty of perjury that the foregoing is true and correct. 28 USC 1746 provides that in all Federal Court proceedings written declarations made under penalty of perjury are permissible in lieu of notarized affidavits. Carter vs. Clark 616 F.2d 288.

Witness Richard Dale Duff AIS# 229822, being duly sworn deposes and says: I am the witness in the above entitled matter.

1.

THE (HCU) PRESCRIBED for ME SELENIUM Sulfide lotion for STAPH DISEASE and Infection on my Body, and THE Defendants have BEEN forcing myself and others to get their Hair cuts, thats Continuously causing the spread of this Bacteria and with my Condition having Hepatitus (C) and my Imune system being Weak and being in Population is Not Good.

THIS Problem, in my OPinion, is At Epidemic levels Throughout THE Department of Corrections and AT THE EASTERling Corr. FAC., and Can only be Corrected by Eliviating the OVERcrowding and Proper Medical Attention and sanatutional Practices Enforced by A Higher Governing Authority.

2.

RICHARD DALE DUFF DECLARES UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C UNDER §1746 that He mailed A Copy of Affidavit in support of Class Action 1983 to OFFICE OF the CLERK P.O. Box 711 Montgomery Ala. 36101-0711 ON THE _____ day of _____ 2006, by Placing the Affidavit IN AN ENVELOPE And Placing the ENVELOPE in the Mail Box At EASTERLING CORR. FAC. 200 WALLACE DRIVE, Clio, Alabama 36017-2615

Respectfully Submitted:     Richard Duff   AIS# 229822
                            Witness

                            200 WALLACE DR.
                            Clio, Alabama 36017

Witnesses
Charles Dixon 139244
Donald W. Young 157063
Bruce Harme 202029
James McDonald 236354
Plaintiffs
ECF 200 WALLACE DRIVE
Clio, Alabama
36017-2615