IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF ALABAMA NORTHERN DIVISION

RECEIVED
2006 SEP -7 A 10: 15

Donald W. Young #150063     *
Plaintiff,   PRO SE,        *
VS.                         *   CASE NO: 2:06-CV-282
RICHARD ALLEN, BOB RILEY,   *
SIDNEY WILLIAMS, et. al.,   *
Defendants.                 *

WITNESSES to WITNESS THIS
42 U.S.C. SEC. 1983 Complaint

Donald W. Young, the above Plaintiff supporting this Testimony of Witness from a witness of the complaint under Penalty of Perjury that the foregoing is true and correct. 28 U.S.C 1746 Provides that in all Federal Court Proceedings written declarations made under Penalty of Perjury are permissible in lieu of Notarized Affidavits. Carter vs. Clark, 616 F. 2d 288.

Witness David R. Hurst AIS# 150199, being duly sworn, deposes and says: I am the witness in the above entitled matter. Easterling (HCU) took a sample culture from my nose that was badly infected and placed me on (Keflex) antibiotics for almost one year with no noticable improvement to

1.

my HEALTH and No diagnosis for my Problems. I was Awakened oNE morning early and Told that I was being TRANSPORTED for TREATMENT and TO SEE A civilian Doctor.

THE Doctor cut A piece of my NOSE cut from the Inside where the Infection was worst, and Prescibed me A very specific Type of Antibody, where Then I was TRANSPORTED back to EASTERling Corr. FAC. By officers Rogers and Bonner.

I HAVE taken these medicines for A long TIME and I AM Now URinating Blood and have been placed Back on I don't know what As the Problem with what I believe is STAPH Infection seems Not to want to Go away

AND TOLD THAT THEY do NOT Know what my PROBLEM is IN my NOSE or IN my URINE. I have NEVER HEALED FROM this. THE Defendants overcrowding keeps me from Attempting to SEE the HEALTH CARE long HOURS of waiting to HEAR the SAME things and the $3.00 co-PAY they charge for a condition that has NOT GONE Away NOW for 2-YEARS. I think My Condition is From STAPH Infection and the Prolonged Intake of these powerfull Medicines has done something to my Insides Where IN the Defendants OVERCROWDING Incubation DORMS of Rampant STAPH THERE SEEMS to Be little hope of getting CURED if I dont LEAVE HERE. I GO up for PAROLE IN August and I didnt want to GET Involved in this Suit BECAUSE of the Retaliation of the Defendants that SEEMS to HAPPEN WHEN WE address OUR Concerns to their offices →

INSERT₂ WHERE THERE IS NO Grievance Procedure.

I Give this Court and the Plaintiffs POWER OF Attorney to INVESTIGATE My Medical Records AS to the INtegrity of what I Am Stating HERE, WE know that the Defendants overcrowding is the Problem, but WE Cant get anyone to tell US why WE have what WE'VE Got, that the Defendants ARE keeping SECRET from US and Holding in Captivity to these Barbarous Conditions of overcrowding

DAVID R. HURST Declares under Penalty of Perjury Pursuant to 28 U.S.C. § 1746 that he mailed a copy of Affidavit In Support of Class Action 1983 to Office of the Clerk P.O. Box 711 Montgomery Alabama 36101-0711 on the ____ day of ____ 2006, By Placing the envelope in the Mail Box At Easterling Corr. Fac. 200 Wallace Dr. Clio, Ala 36017-2615 And By Sending Copy Also To Richard Allen et, al, the defendants At 101 S. Union St. P.O. Box 301501 Montgomery AL. 36130-1501

Respectfully Submitted:
On the ____ day of ____ 2006

Witnesses
Charles Dixon #139244
Donald W. Young 157063
Bruce Harms 202029
James McDonald 236354
Plaintiffs

Affiant
~~Witness~~

David R. Hurst
A.I.S. 150199
ECF 200 Wallace Dr.
Clio, Ala. 36017-2615

4.