IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
ALABAMA     NORTHERN DIVISION

RECEIVED
2006 SEP -7 A 10: 16

Donald W. Young #155063       *
Plaintiff, PRO SE,            *
VS.                           *    CASE NO. 2:06-CV-282
Richard Allen, Bob Riley,     *
Sidney Williams, et. al.;     *
Defendants.                   *

WITNESSES TO WITNESS THIS
42 U.S.C SEC. 1983 Complaint

Donald W. Young, the Above Plaintiff supporting this testimony of the witness to the complaint under penalty of perjury that the foregoing is true and correct. 28 U.S.C 1746 provides that in all federal court proceedings written declarations made under penalty of perjury are permissible in lieu of notarized affidavits. Carter vs. Clark 616 F. 2d 288.

Witness Tyrone Lee King AIS# 243868 being duly sworn, deposes and says: I am the witness in the above-entitled matter.

2.

I arrived at Easterling 1/10/2006 and around March I had began to experience large boils appearing in and on my skin. I have to the very present time been hurting with these boils, and told by (HCU) that these are spider bites. When one boil heals and then another will appear. I have had them appear on my face and arms where now I have scars from the sores that these putrid lesions leave.

The Doctor asked me what my problem might be and I told him I did not know. He explained to me that the water here at Easterling is badly contaminated and that he would put me on keflex for 10-days. I think this is STAPH, just about every inmate at Easterling after arriving here will experience this problem that is directly related to overcrowding. At some point in time this infection will break out on any one, any where they are at (E.C.F.).

I am asking this Court to please do something about our problem, this is serious and should be looked into before; if not already, someone has to die before something is done to stop these Constitutional violations of Prisoner's Rights

2.

TYRONE LEE King DECLARES under Penalty of PERJURY PURSUANT TO 28 USC § 1746 that the foregoing is TRUE And Correct And A copy of THIS TESTIMONY HAS BEEN Mailed to the clerk of THIS Court and TO THE Defendants Attorneys DONE THIS __2nd__ day of __SEPTember 2006__

EXECUTED ON THE __2nd__ day of __Sept.__ 2006

SIGNED _Tyrone L. King #243868_
witness   E.C.F
200 WALLACE DRIVE
Clio, Alabama 36017

WITNESSES: _Bobby Hill AIS 128955_

SIGNED _Donald W. Young #152263_
Plaintiff   Pro SE
200 WALLACE DRIVE
Clio, Alabama 36017

C.C. STATES ATTORNEYS

Clerk FOR THE U.S.
DISTRICT COURT
P.O. Box 711
Montgomery, Alabama
36101-0711

3.