IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED
2007 MAR -7 A 9:13

[stamp: HACKETT CLK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA]

Donald W. Young,
Plaintiff PRO-SE

VS.                                   CASE NO. 2:06-CV-282 MHT

Richard Allen, Bob Riley,
Sydney Williams, Nancy
McCrary, David W. Douglas,
Ron Cavanaugh, Matthew Gagne,
Brian Mitchell, Gwendolyn Mosley,
   Respondent-Defendant

### MOTION FOR LEAVE TO LEAVE TO FILE INTERROGATORIES UPON DEFENDANTS PURSUANT TO RULES 33, 34, 35, 36 and 37 OF THE FEDERAL RULES OF CIVIL PROC.

Comes now the Plaintiff by and through Donald W. Young filing PRO-SE in the above style numbered case and moves this court on motion for leave to file interrogatories upon defendants pursuant to: Rules 33, 34, 35, 36, and 37, of the Federal Rules of Civil Procedure and to wit, Plaintiff requests from the Defendants the following:

#1.) Plaintiff requests from the Defendants all pending overcrowded lawsuits case numbers and pending status state and federal.
ANSWER:

(1.)

#2.) Plaintiff Requests from Defendants copies of new rentivation of added Bathroom Sinks, Toilets, Urinals plus plumming to accomidate Defendants massive overcrowding, at Easterling.
ANSWER:

#3.) Plaintiff Request Drug Treatment Certification copies of Counselors Qualifications at Easterling Correctional and Psychologists certification to Practice In the State of Alabama - copies?
ANSWER:

#4.) Plaintiff Request copies of Programs Syllabus, Corriculum, of Secular SAP Drug Treatment Crime Bill Non Relegious Secular Treatment.
ANSWER

#5.) Plaintiff Request copies of Administrative Policies that endorses established Relegious Drug Treatment, as enforced and admitted to by Warden Mosley and Admitted to In letter to Plaintiffs Mother. "Department Policy"
ANSWER:

#6.) Plaintiff Requests copies of Drug Treatment Certification, mental Health and State Certifications of these Departments (Crime Bill)(SAP) Headed up By Ron Cavanaugh for Easterling and D.O.C
ANSWER:

#7.) Plaintiff Request Records and copies for Immunization Hepatitus (B) from the D.O.C and the State Board of Health at Clio, Alabama Barbour County.

(2.)

#8.) Plaintiff requests copies of fire exit strategies safe exiting for overcrowded double, the design capacity. Copies of fire inspectors maintenance reports for smoke detectors and alarm system broken at Easterling for over 5-years.
ANSWER:

#9.) Plaintiff requests from Defendants Richard Allen reasons for Plaintiff and other inmates with minimum custody is punitively being held at maximum security status at Easterling Facility for years, even such inmates as Eugene Cassidy, John Smith and many others with minimum custody status." Aurturo Arizpe" Inmate
ANSWER:

#10.) Plaintiff request of Defendant Richard Allen reasons why Easterling Corr. Fac. Level 4 is maximum security prison under the disguise of Level 4 is forcing inmates and Plaintiff to enroll in counter productive Crime Bill SAP religious based that inmates and Plaintiff are punitively being denied opportunity to advance
ANSWER:

#11.) Stop punitively holding minimum custody inmates Plaintiff with minimum custody status from being punitively held at Easterling maximum security prison where inmates are locked down 22-hours a day for years now with untrained understaffed unqualified unprofessional classification personell who have to be inmate directed to do their jobs.

(3.)

who Dont know or understand D.O.C.S-S.O.P

#12.) Plaintiff's Request of Defendants David W. Douglas, Matthew Gagne, Sydney Williams, Scarborough's Nancy McCrary, Reasons why they failed to Investigate Plaintiffs Case (Parole Revocation) and to Produce Copies of Parloe Hearings (All) Files,
Answer:

#13.) Plaintiff Requests Copies from Parole Board's Technical Violators for the last four years, those Being denied Parole and Being held over 4-years. Those that have Been Paroled, How Many?
Answer:

*14.) Stop Defendants at Easterling from Forcing Inmates and Plaintiff By Coercision to Participate In Counter Productive Crime-Bill, SAP, Pre-SAP, After Care for funds that delays Plaintiff and other Inmates for A year and A Half (18-months) to deprive An opportunity to advance from Punitively Operated Maximum Security Easterling Prison under the disguise of Level IV. Facility.

#15.) Plaintiff Request from Defendants Warden Mosley Copies And Reports of Infectious Diseases outbreaks for (TB) Hepatitus (B) Records of Reports to superiors and Health Department, Produce Copies for Treatment for Prevention of M.R.S.A STAPH Deadly Bacteria at this Institution.
Answer:

(4)

#16.) Plaintiff Requests from Defendants Easterling Classification Personell who deliberately hold Plaintiffs and Inmates Tony Smith and others Progress Review forms who are eligible for lesser Security, from Reaching Central Records for a meaningfull Review. Give Reasons for Not following S.O.P. Plaintiff makes known to defendants that the Requested information herein is very Relevant to this civil action and failure to respond within 30-days will result in a default in judgement against you pursuant to Rule 32 of the Fed. R. Civ. Proc.

Respectfully Submitted:    x /s/ Donald W. Young
                              Donald W. Young

### CERTIFICATE OF SERVICE

Plaintiff, under penalty of perjury, states the foregoing is true and correct pursuant to 28 U.S.C., § 1746, et., seq., provides that in all Federal Proceedings, written declarations made under penalty of perjury are permissible in lieu of notarized Affidavits, SEE: CARTER V. CLARK, 66 F.2d. 928 (6th Cir. 1980) Plaintiff also has by certification served a copy of the same upon the Defendants Attorneys Easterling Post Office by Postage Pre-Paid Done This the ___6th___ day of ___March___, 2007.

                                x /s/ Donald W. Young
                                   Donald W. Young

(5.)

CC:
DEFENDANTS ATTORNEYS
STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
TROY KING
ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA
36104

UNITED STATES DISTRICT COURT
DEBRA P. HACKETT COURT CLERK
P.O. BOX 711
MONTGOMERY, ALABAMA
36101

(6,)

Donald W. Young #157063
E.C.F. 62-28A
200 Wallace Drive
Clio, Alabama
36017-2615

Clerk of the Court
United States District Court
Debra P. Hackett
P.O. Box 711
Montgomery, Alabama
36101

MONTGOMERY AL 361
06 MAR 2007 PM 1 L

