IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT of
ALABAMA NORTHERN DIVISION

Donald W. Young,
Plaintiff PRO SE,

vs.

CASE NO. 2:06-CV-282 MHT

Richard Allen, Bob Riley,
Sidney Williams, Nancy McCrary
Ron Cavanaugh, Gwendolyn Mosley,
Larice Green, David W. Douglas
Matthew Gagne, Brian Mitchell et.al.,
RESPONDENTS-Defendants

MOTION FOR PRELIMINARY INJUNCTION
PURSUANT TO RULE 65(A) Federal Rules
OF CIVIL PROCEDURE

COMES NOW THE Plaintiff by and through Donald W. Young filing Pro Se IN THE Above styled Numbered case and moves this Honorable Court on Motion for Preliminary Injunction Pursuant to: Rule 65(A) Federal Rules of Civil Procedure and IN Support Plaintiff shows the following. Plaintiff Points out that His Issues Pending overcrowding Prisons is in fact undisputed Against the Defendants and are Herein and in direct Violation of Plaintiffs 1st, 5th and 8th and 14th Amendment RIGHTS TO THE UNITED STATES CONSTITUTION TO Be Protected From Immediate Danger of overcrowding, lack of Security, Health Hazards (STAPH-MRSA) and segregating Maximum Security EASTERLING with overcrowding Dorms, Poor Ventilation, disease (TB) Hepatitus (A)(B)(C) Fire Hazards chemically contaminated Drinking water unfit for Human Consumption, locked down 22-hours a day

(1)

COERCED Participation Blackmailed To Participate IN CRIME Bill SAP IN Maximum Security STATUS.

## CERTIFICATE OF SERVICE

Plaintiff, under Penalty of PERJURY, STATES that the foregoing is TRUE and correct under Penalty of PERJURY, Pursuant To: 28 U.S.C § 1746, et. seq., Provides THAT in lieu of NOTARIZED Affidavits, SEE: CARTER V. CLARK, 616 F.2d. 228 (5th CIR. 1980), written Declarations made under Penalty of PERJURY ARE PERMISSIBLE. Plaintiff further Declares to this Court that He has SERVED A TRUE And correct copy upon THE Defendants COUNSEl of THE foregoing by Placing SAME IN THE UNITED STATES Mail Box Easterling POST OFFICE POSTAGE PRE-PAID DONE THIT the 4th day of March 2007

x _Donald W. Young_
Donald W. YOUNG

CC:
RESPONDENTS ATTORNEYS
STEVEN M. SIRMON
ASSISTANT ATTORNEY General
11 SOUTH UNION ST.
MONTGOMERY, ALABAMA
36130-0152

U.S. DISTRICT COURT CLERK
Debra P. Hackett
P.O. Box 711
MONTGOMERY, ALABAMA
36101

(2)

Donald W. Young #152663
C.C.F 62-28A
xxx Wallace Drive
Clio, Alabama
36017-2615

MONTGOMERY AL 361
06 MAR 2007 PM 3 T

U.S. DISTRICT COURT CLERK
DEBRA P. HACKETT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101