DONALD W. YOUNG, PRO-SE, #157063                    **EXHIBIT**
~~COMPLAINTENT:~~                                       **"A"**

TO:  ALABAMA PERSONNEL DEPARTMENT
     64 North Union Street, RM #300
     MONTGOMERY, ALABAMA 36130

RE:  LATERAL TRANSFER DENIAL WITHOUT PROBABLE CAUSE AND FORCED PARTICIPATION IN "CRIME BILL S.A.P" BY ADMINISTRATIVE COERCION, ABUSE OF AUTHORITY BY: WARDEN GWENDOLYN MOSLEY, MRS. MRS. WILSON, MRS. GREEN, MR. MITCHELL, PAUL WHALEY, AND DR. RON CAVANAUGH:

## I.
## JURISDICTION

This Honorable Board has jurisdiction to investigate, reprimand, discipline, or dismiss any state employee or agency pursuant to: <u>Code of Alabama, 1975, §36-26-6, et. seq.</u>,. See <u>Cooke-v-State Personnel Board</u>, 530 So. 839 (Ala. Civ. App. 1988). Whereas, I hereby invoke jurisdiction of this board by said statute and case authority to entertain and grant this instant Complaint.

## COMPLAINT

Comes now the Complaintet, DONALD W. YOUNG, Pro-Se, #157063 and moves this Honorable Board to reprimand, discipline, investigate and/or terminate the above stated employees/insubordinates, and as such hereby presents the following, to wit:

Inmate DONALD W. YOUNG, is constantly being denied transfer without any obvious reasons and forced to participate in "Religious Based Crime Bill S.A.P." against his will.

The entire (3½) years that I have been confined at Easterling Correctional Facility my behavior has been nothing , but, exemplary in said institution.

This institution, Proof noted In Re: No Disciplinary Write Ups or citations, and no court order for Crime Bill S.A.P. or negative drug tests to date, constitutes being forced to take Religious Based S.A.P. Programs.

As stated earlier, I have been at Easterling Correctional Facility for (3½) years and had a "progress review", October 20th, 2005, where "S.O.P." requires a six month clear record in this as Administrative Rules regulate for a lateral transfer. See <u>Rule # 258, is regired. Complaintet has far exceeded this prerequisite of (6) months.</u>

I have contacted, by request slips and even at my bi-annual review, that I so desire and that I am eligible to receive an in tra-state transfer/ bi-lateral transfer.

But, the responses that I have received from Warden Mosely, Mrs. Wilson, Paul Whaley, Mrs. Green, Mr. Mitchell, and, Dr. Cavanaugh have all been negative, coercive,, conspiratorial with "Black Mailing" statements such as the following; "that I have to complete their program here at Easterling, although there are many other and just as good Substance abuse Programs at other level IV prisons that offer a secular program, before getting a transfer to any other prison.

-1-

EXHIBIT CONTINUED FROM PAGE # 1:

This type of capricious and arbitrary coercion goes against the grain of both the state and federal constitutions and, which I was not ordered by the courts to take any substance abuse programs, muchless, against forcing me to take a religious based program.

All individuals listed in this response are making it mandatory for me to take a religious based program and making it mandatory through administrative policy of coercion based on terms that are abusive in its authority.

Also, the annual progress reviews are not even being sent to the Central Review Board (C.R.B.), in Montgomery, Alabama as prescribed by classification administrative regulations governing the classifications of inmates within the Alabama Department of Corrections, it takes a "Mobile Special Review Board" to finally classify inmates for what they are supposed to get according classification administrative regulations, as the herein named individuals will not abide by the classification administrative regulations. Inmates at Easterling Correctional Facility are being forced to take the "Crime Bill S.A.P.", so that the herein named individuals can get the grant money for these programs, even if it means sending people programs who are not ordered to take them, and/or, who do not want to take a religious based program.

My mother recently contacted Mr. Paul Whaley due to numerous deaths in my family and talked to him on the telephone, asking "why I was being denied these considerations, which Mr. Whaley sent a letter to Warden Mosely, at which time I was called for by the Warden to give me an account of the letter that my mom had written regarding these circumstances.

Warden Mosely, in fact, wrote my mother a letter informing her that "I would not be going anywhere until I completed "Crime Bill S.A.P." at Easterling Prison. Again, my progress reviews are not being sent to the C.R.B. and the classification team at Easterling are abusing their authority by forcing, coercing me to take a religious based program.

I am eligible for a transfer, especially in light of the fact that that inmates who have several citations, disciplinaries, who stay in lock-up are being granted not only transfers, but, also parole.

My family have begun an investigation into this situation. They are contacting news media, both television and radio so that Alabama taxpayers shall know how their tax dollars are being abused by forcing those who have not been court ordered to take "Crime Bill S.A.P.", for those who are taking up space for those that really do need said S.A.P., and, the D.O.C. are running these programs regardless of administrative criteria for monetary gain, and being forced to take a religious based program regardless of their religious choices, such as myself.

Furthermore, said programs are being run by other inmates. This type of situation of putting other inmates in charge or over other inmates has long since been done away with by the courts, as it leads to extortion, as in the case at the Crime Bill S.A.P. where several complaints have been made about inmates extorting other inmates who write rule violations against other inmates,

but, if you pay said inmate who wrote the rule infraction against you said inmate will do away with the write-up against you, and, in a lot of cases the inmates placed over other inmates can write several rule violations against you and get thrown out of the program only to start the whole (18) month program over again and come right back to face the same administrative measures of forced coercion under overcrowded, understaffed conditions.

This is in violation of <u>Administrative Regulation</u>, 207, Section(s) (5),3(A),4,7,10, which in pertinent part so states:

<u>EMPLOYEES ARE EXPECTED TO:</u>

(4)  Use courtesy and tact, and;
(7)  Observe the rules, laws, and, regulations, and;
(10) Prevent any abuse of authority attached to the use of a badge that does not relate to Department of law enforcement personnel in exercising their duties in accordance with <u>Code of Alabama</u>, 1975, Title (14), as amended.

II.
<u>RELIEF SOUGHT</u>

Wherefore premises shown: I hereby pray for the following relief:

1). Implementation of administrative regulation(s) (208-258), and;
2). Immediate action to be taken to correct this coercive situation in respect to the United States Constitution (1st),(5th),(8th),(14th) Amendments.

Executed this the _9th_ day of _Feburary_, 2007.

Respectfully Submitted,

x_Donald W. Young_
DONALD W. YOUNG, PRO-SE

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the individuals herein listed in this complaint by placing same in the United States Mail Box, located at Easterling Correctional Facility, postage prepaid, and, addressed as follows:

Alabama Personnel Depart.
64 N. Union Street, Rm. #300
Montgomery, Ala. 36130

Brian Mitchell
200 - Wallace drive
Clio, Alabama 36017-2613

Richard Allen, Commissioner
301 South Ripley Street
Montgomery, Alabama 36130

Dr. Ron Cavanaugh
301 South Ripley Street
Montgomery 36130

Warden Gwendolyn Mosely
200 Wallace Drive
Clio, Alabama 36017-2613

Ms. Larice Green
200 Wallace Drive
Clio, Alabama 36017-2613

Mrs. Wilson, classification Specialist
200 Wallace Drive
Clio, Alabama 36017-2613

Executed this the 9th day of Feburary, 2007.

x _Donald W. Young_
DONALD W. YOUNG, PRO-SE

ADDRESS OF COMPLAINTET

Donald W. Young, Pro-Se
ECF * #157063 * Dorm 10/A
200 - Wallace Drive
Clio, Alabama 36017-2613

---

-NOTART STATEMENT-

STATE OF ALABAMA  ]
COUNTY OF BARBOUR ]

SWORN TO AND SUBSCRIBED BEFORE MY HAND THIS THE _____ DAY OF

_____, 20_____.


_____          _____
NOTARY PUBLIC                        MY COMMISSION EXPIRES

-4-