

# STATE OF ALABAMA
# DEPARTMENT OF CORRECTIONS

**Bob Riley**
Governor

### EASTERLING CORRECTIONAL FACILITY
200 Wallace Drive
Clio, Alabama 36017-2615
(334) 397 - 4471

**Richard F. Allen**
Commissioner

Easterling Correctional Facility
Substance Abuse Program
Continuing Care Plan (Aftercare)

I _____, AIS Number _____ agree to abide by the conditions of this Continuing Care Plan (Aftercare). I understand that failure to comply totally with the terms of this **Plan** will be grounds to have any less restrictive program terminated. I understand that the conditions of this **Plan** are to enhance my chances to maintain an alcohol and drug – free lifestyle.

I further understand that it is my responsibility to carry out the conditions of this **Plan** and such conditions as may be added by my counselor.

## THE CONDITIONS OF THIS CONTINUING CARE PLAN ARE AS FOLLOWS:

- I will attend the required **Continuing Care** meetings. I understand the importance of my continued recovery. Therefore, I will attend **Continuing Care** meetings, A.A. and/or N.A. immediately upon completion of treatment.
- I will adhere to all institutional rules and policies.
- I will comply with all **Continuing Care** rules, group and behavior policies.
- I will attend A.A. and/or N.A. meetings as I understand this is vital to my recovery.
- I will spend at least thirty (30) minutes each day reading and studying the A.A. or N.A. Books; The 12 & 12, and any other material related to my recovery.
- I will practice Morning Meditation daily.
- I am responsible to do whatever I have to do to continue my recovery.
- I will not use alcohol and/or drugs. There is no acceptable excuse for this infraction.
- I will get involved in my self – help group meetings immediately upon my release from prison.
- I also understand the importance of service work and will get involved as my sponsor advises me. I will make time for this important part of recovery as I understand the importance of becoming a responsible member of my family and my group.

### I FURTHER ACCEPT THE CONDITIONS OF THIS PLAN AND WILL ADHERE NOT ONLY WHILE I AM INCARCERATED, BUT AS LONG AS I LIVE IN CONTINUING SOBRIETY.

_____     _____     _____
        (Inmate)                              (Counselor)                              (Date)

1

Name:_____ AIS_____

Easterling Correctional Facility
Substance Abuse Program

<u>Continuing Care Plan</u>

Name: _____ AIS # _____ Date: _____

E.O.S. Date: _____        Minimum Release Date: _____

Home Address: _____
(Street Address, City, State, Zip)

Home Phone Number:_____        S.A.P. Discharge Date:_____

With Whom Will You Live?_____
(Name)                                                              (Relationship)

Name, Address, Phone Number of Nearest Relative:_____
_____

Where do you plan to work? _____


**I WILL** attend **CONTINUING CARE** meetings until I am released.
**I WILL** attend **A.A. and/or N.A.** meetings until I am released.
**I WILL** to the best of my ability make every effort to attend **NINTY (90) MEETINGS** in the first ninety (90) days following release E.O.S., Parole, P.D.L., or S.I.R.
**I WILL** get a **SPONSOR** within the first two (2) weeks after I am released.
**I WILL** spend at least **THIRTY (30) MINUTES** each day reading the <u>A.A.</u> or <u>N.A. Book</u>, the <u>12 & 12</u>, and other materials related to my recovery.
**I WILL** practice Morning Meditation **DAILY**.


_____          _____
(Inmate Signature)                              (AIS)

Name:_____AIS_____

Easterling Correctional Facility
Substance Abuse Program

Continuing Care Plan

**The days of the week below are the DAYS and TIMES I plan to attend meetings**

| Monday | Tuesday | Wednesday |
|---|---|---|
| AA    NA | AA    NA | AA    NA |
| Group: | Group: | Group: |
| Time: | Time: | Time: |
| Address: | Address: | Address: |
| Transportation: | Transportation: | Transportation: |

| Thursday | Friday | Saturday |
|---|---|---|
| AA    NA | AA    NA | AA    NA |
| Group: | Group: | Group: |
| Time: | Time: | Time: |
| Address: | Address: | Address: |
| Transportation: | Transportation: | Transportation: |

| Sunday |
|---|
| AA    NA |
| Group: |
| Time: |
| Address: |
| Transportation: |

Name: _____ AIS _____

Easterling Correctional Facility
Substance Abuse Program

Continuing Care Plan

In the following areas of your life, identify problems or needs that you want to change. What are you going to do about them? How are you going to continue working in these areas?

FAMILY (and/or) SIGNIFICANT OTHERS. Discuss each of the following regarding your future plans:
COMMUNICATIONS: _____

_____

_____

TIME SPENT WITH THE FAMILY: _____

_____

_____

_____

HOW WILL YOU INVOLVE THEM IN YOUR RECOVERY? _____

_____

_____

_____

SPIRITUAL. WHAT ACTIVITIES ARE YOU PLANNING TO FURTHER DEVELOP YOUR SPIRITUAL LIFE: _____

_____

_____

_____

EMOTIONAL. HOW DO YOU PLAN TO COPE WITH THE FOLLOWING:
ANGER/RESENTMENT: _____

_____

_____

_____

Name:_____ AIS:_____

Easterling Correctional Facility
Substance Abuse Program

Continuing Care Plan

GUILT, WORRY, DEPRESSION, THINGS NOT GOING YOUR WAY: _____

_____

_____

_____

PHYSICAL. PLANS REGARDING EATING, SLEEPING, PHYSICAL FITNESS, AND RESOLUTION OF ANY MEDICAL PROBLEMS: _____

_____

_____

_____

OUTLINE YOUR PLANS FOR DEALING WITH OLD DRINKING/USING FRIENDS: _____

_____

_____

_____

OUTLINE YOUR PLANS FOR LEISURE TIME: _____

_____

_____

_____

OUTLINE YOUR PLANS FOR HANDLING BEING BORED AND/OR LONELY: _____

_____

_____

_____

Name: _____ AIS: _____

Easterling Correctional Facility
Substance Abuse Program

Continuing Care Plan

WHAT ARE YOUR PLANS IF YOU ARE RETIRED, DISABLED, OR UNEMPLOYED: _____

_____
_____
_____

I _____ , _____
          (Print) Name                  AIS Number

Will to the best of my ability follow this **CONTINUING CARE PLAN**. I know that my life and freedom depend upon my continuing sobriety. Further, I must follow this plan to insure my **LIVING CLEAN AND SOBER ONE DAY AT A TIME.**

_____         _____
(Inmate Signature)                      AIS Number