*NO PSYT Meds* 10B38 *NO Physical Limits*

ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - OCTOBER 18, 2006
================================== (COU122) ==================================
AIS #: 00157063     SSN: 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  RACE/SEX:  W/M   DATE OF BIRTH: 08/27/1957
NAME: YOUNG, DONALD WILBURN JR     CUSTODY:  MED9   SECURITY LEVEL: 4
INST: EASTERLING CORRECTIONAL CENT  TIME SRVD:  16Y00M08 LAST DISC: 10 27 2003
CRME: ROBBERY I                   MIN REL DT: 10/10/2010 ACTIVE DET: 0

DISC: FIGHTING WITHOUT A WEAPON     PRL CONS:  06/01/2006 EDUCAT LEV: 16

WL/PGM: **Crime Bill SAP**   *Abe C.###*   PRIM OCCUP: LABORER - GENERAL

RECOMMENDED INSTITUTION: ~~Mobile CWC after CB SAP at East~~ RECOMMENDED CUSTODY: **Min-Out**

JUSTIFICATION: **Annual Review: Violent offender and 2x parole violator. Current for Att**

**Robbery X3. Subject robbed Texaco station at gunpoint and attempted to rob same station on**

**the next day. Also robbed Krystal restaurant. Has PSI in file. Paroled on cases 1/13/97 and**

**declared delq. due to Moving/Changing Employment W/O Permission, Use of Illegal Drugs,**

**Alcohol Use, Failure to Pay Fees/C. O. Monies, Poss Firearm. Paroled again 12/9/99 and**

**revoked 8/11/03 due to Failure to Report/Pay Fee/C. O. Monies. Prior 1/90 Burg II (gun from**

**residence) and TOP II and 10/80 TX Unauth Use of Vehicle. No escapes, detainers, or sex**

**convictions noted. Alcohol and crack abuser who is currently assigned to Crime Bill SAP.**

**Behavior has been positive. Recommend ~~Mobile~~ CWC after CB SAP at Easterling.**

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED:  *NKE 10/18/06 ACH*  APP. S/L: _____

_____ 10/24/06        _____ 24OCT06
CLASSIFICATION SPECIALIST     DATE      WARDEN OR DESIGNEE     DATE
*Brian Mitchell* 10-24-06              *Dalrice Sheere* 10/26/06
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC. DATE  CLASSIFICATION COORDINATOR DATE

CENTRAL REVIEW BOARD ACTION

X APPROVED ___ DENIED; DIVERTED TO: _____   REASONS: _____

_____ *after CB SAP* _____         *hoY* 12/11/06

                                      CRB MEMBER    DATE

X APPROVED ___ DENIED; DIVERTED TO: _____   REASONS: _____

_____    *O. Cullman* 12-11-02

                                      CRB MEMBER    DATE

___ APPROVED ___ DENIED; DIVERTED TO: _____   REASONS: _____

_____

                                      CRB MEMBER    DATE

FINAL DECISION: INST. ___ *CB* CUSTODY *min* DATE 12-11-06

DATE INMATE INFORMED: _____    INMATE'S SIGNATURE: X *Donald W. Young* #15706

LAST ACTION:        REL.        DNA:        SKILLS: