

# WALLACE COMMUNITY COLLEGE

### RECOGNIZES

*Donald W. Young*

for completion of the

*Electrical Technology Program*

President

December 15, 2006

(EXHIBIT-E)