(EXHIBITS-A)

AV50350
ALABAMA JUDICIAL DATA CENTER
MONTGOMERY COUNTY

SUMMONS

CV 2005 002697.00

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

DONALD W YOUNG AIS# 157063 VS ALABAMA BD OF PARDONS & PAROLE ET AL

SERVE ON: (D002)

SSN: 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

PARDONS & PAROLE BOARD STATE O
C/O OFFICER DAVID W DOUGL
500 MONROE ST
MONTGOMERY    ,AL  36130-0000

PLAINTIFF'S ATTORNEY

*** PRO SE ***
Self-Appointed Attorney

TO THE ABOVE NAMED DEFENDANT: Pardons & Parole Board David W. Douglas

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED.

THIS ANSWER MUST BE MAILED OR DELIVERED (WITHIN 30 DAYS) AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

(✓) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

( ) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 12/29/2005         CLERK: MELISSA RITTENOUR
                         P O BOX 1667
                         MONTGOMERY AL 36102-1667
                         (334)832-1266

RETURN ON SERVICE:

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
    (RETURN RECEIPT HERETO ATTACHED)

(✓) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
    COMPLAINT TO _____ c/o David W Dougl
    IN montgomery _____ COUNTY, ALABAMA ON (DATE) 1-3-6

1-3-6
DATE                                    SERVER SIGNATURE

                                        D.S.
SERVER ADDRESS                          TYPE OF PROCESS SERVER

OPERATOR: LAW
PREPARED: 12/29/2005

:WR  (EXHIBITS-F)

AV30350

ALABAMA JUDICIAL DATA CENTER
MONTGOMERY COUNTY

SUMMONS

CV 2005 002697.00

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

DONALD W YOUNG AIS# 157063 VS ALABAMA BD OF PARDONS & PAROLE ET AL

SERVE ON: (D001)

SSN: 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

PLAINTIFF'S ATTORNEY

PARDONS & PAROLE BOARD STATE O
C/O OFFICER MATHEW GAGNE  DAVID W. Perkins
500 MONROE ST
MONTGOMERY  ,AL  36130-0000

*** PRO SE ***

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN (30 DAYS) AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

(✓) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

( ) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 12/29/2005

CLERK: MELISSA RITTENOUR
P O BOX 1667
MONTGOMERY  AL  36102-1667
(334)832-1266

RETURN ON SERVICE:

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
(RETURN RECEIPT HERETO ATTACHED)

(✗) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND COMPLAINT TO _____ C/O Mathew Gagne
IN Montgomery COUNTY, ALABAMA ON (DATE) 1-3-6

DATE 1-3-6

SERVER SIGNATURE

Filed Default of Judgement in Feb.

SERVER ADDRESS

TYPE OF PROCESS SERVER  D.S.

OPERATOR: LAW
PREPARED: 12/29/2005

```
| AVSO351                                                          CV 2005 002697.00 |
|                                                                                    |
|                                                    JUDGE: HON. EUGENE W. REESE     |
|------------------------------------------------------------------------------------|
|                        ALABAMA JUDICIAL DATA CENTER                                |
|                           CASE ACTION SUMMARY                                      |
|                             CIRCUIT CIVIL                                          |
|------------------------------------------------------------------------------------|
|    IN THE CIRCUIT   COURT OF MONTGOMERY       COUNTY                               |
|                                                                                    |
|     DONALD W YOUNG AIS# 157063 VS ALABAMA BD OF PARDONS & PAROLE ET AL             |
|   FILED:   10/19/2005 TYPE: OTHER CV CASE          TYPE TRIAL: NON-JURY   TRACK:   |
| ********************************************************************************* |
|  DATE1:                   CA:                 CA DATE:                             |
|  DATE2:                   AMT:          $.00  PAYMENT:                             |
|  DATE3:                                                                            |
| ********************************************************************************* |
|   PLAINTIFF   001: YOUNG DONALD WILBURN AIS# 157063                                |
|                    8B-40 E C F                                                     |
|                    200 WALLACE DRIVE            ATTORNEY: *** PRO SE ***           |
|                    CLIO, AL   36017-0000                                           |
|                    PHONE: (334)000-0000                                            |
|   ENTERED: 10/19/2005  ISSUED:                TYPE:                                |
|   SERVED:              ANSWERED:              JUDGEMENT:                           |
|------------------------------------------------------------------------------------|
|   DEFENDANT   001: PARDONS & PAROLE BOARD STATE OF ALABAMA                         |
|                    C/O OFFICER MATHEW GAGNE    ATTORNEY: SIRMON STEVEN M           |
|                    500 MONROE ST                         SIR005                    |
|                    MONTGOMERY, AL   36130-0000                                     |
|                    PHONE: (334)000-0000                                            |
|   ENTERED: 10/19/2005  ISSUED: 12/29/2005 TYPE:     SHERIFF                        |
|   SERVED:  01/03/2006  ANSWERED: 12/01/2006 JUDGEMENT:                             |
|------------------------------------------------------------------------------------|
|   DEFENDANT   002: PARDONS & PAROLE BOARD STATE OF ALABAMA                         |
|                    C/O OFFICER DAVID W DOUGL   ATTORNEY: SIRMON STEVEN M           |
|                    500 MONROE ST                         SIR005                    |
|                    MONTGOMERY, AL   36130-0000                                     |
|                    PHONE: (334)000-0000                                            |
|   ENTERED: 10/19/2005  ISSUED: 12/29/2005 TYPE:     SHERIFF                        |
|   SERVED:  01/03/2006  ANSWERED: 12/01/2006 JUDGEMENT:                             |
|------------------------------------------------------------------------------------|
|       THE ABOVE STYLED CASE WAS RECEIVED AND FILED IN THIS OFFICE.                 |
|    YOU WILL BE NOTIFIED BY THE COURT OF ANY HEARINGS SET ON THIS CASE.             |
|    PLEASE USE THE ABOVE CASE NUMBER ON ALL PLEADING FILED WITH THE COURT.          |
|                                                                                    |
|    10/19/2005    HARDSHIP AFF FILED                                                |
|    10/26/2005    FILED THIS DATE: 10/19/2005                         (AV01)        |
|    10/26/2005    ASSIGNED TO JUDGE: HON. EUGENE W. REESE             (AV01)        |
|    10/26/2005    CASE ASSIGNED STATUS OF: ACTIVE                     (AV01)        |
|    10/26/2005    BENCH/NON-JURY TRIAL REQUESTED                      (AV01)        |
|    10/26/2005    ORIGIN: INITIAL FILING                              (AV01)        |
|    10/26/2005    YOUNG DONALD WILBURN AIS# 157063 ADDED AS C001                    |
|    10/26/2005    LISTED AS ATTORNEY FOR C001: PRO SE                 (AV02)        |
|    10/26/2005    PARDONS & PAROLE BOARD STATE OF ALABAMA ADDED AS D                |
|    10/26/2005    LISTED AS ATTORNEY FOR D001:                        (AV02)        |
|    10/26/2005    PARDONS & PAROLE BOARD STATE OF ALABAMA ADDED AS D                |
|    10/26/2005    LISTED AS ATTORNEY FOR D002:                        (AV02)        |
|------------------------------------------------------------------------------------|
| CHM   12/05/2006                                                 CV 2005 002697.00 |
```

```
AVS0351                                                    CV 2005 002697.00
                        (EXHIBIT-(F))
                                              JUDGE: HON. EUGENE W. REESE
-------------------------------------------------------------------------
                    ALABAMA JUDICIAL DATA CENTER
                        CASE ACTION SUMMARY
                          CIRCUIT CIVIL
-------------------------------------------------------------------------
  IN THE CIRCUIT   COURT OF MONTGOMERY      COUNTY

   DONALD W YOUNG AIS# 157063 VS ALABAMA BD OF PARDONS & PAROLE ET AL
  FILED:  10/19/2005 TYPE: OTHER CV CASE       TYPE TRIAL: NON-JURY  TRACK:
*************************************************************************
 DATE1:            CA:                    CA DATE:
 DATE2:            AMT:          $.00     PAYMENT:
 DATE3:
*************************************************************************
   10/26/2005     ADDR1 CHANGED FROM: % GREGORY O GRIFFIN      (AV02)
   10/26/2005     ADDR1 CHANGED FROM: % GREGORY O GRIFFIN      (AV02)
   12/29/2005     ORDER SIGNED DTD 12-21-05 GRANTING HARDSHIP AFF
   12/29/2005     SHERIFF ISSUED: 12/29/2005 TO D001           (AV02)
   12/29/2005     SHERIFF ISSUED: 12/29/2005 TO D002           (AV02)
   01/06/2006     SERVICE OF SERVED PERSON ON 01/03/2006 FOR D001
   01/10/2006     SERVICE OF SERVED PERSON ON 01/03/2006 FOR D002
   02/14/2006     APPLICATION FOR DEFAULT ON 02/14/2006 FOR D001
   02/14/2006     APPLICATION FOR DEFAULT ON 02/14/2006 FOR D002
   05/03/2006     PLTFS MOTION FOR SERVICE OF COURT (INQUIRY)
   05/03/2006     ...ORDER
   08/11/2006     PLTFS APPLICATION FOR DEFAULT JMNT RE-FILED
   08/17/2006     SENT PLTF CAS
   12/01/2006     LISTED AS ATTORNEY FOR D001: SIRMON STEVEN M(AV02)
   12/01/2006     ANSWER OF COMP DENIED ON 12/01/2006 FOR D001(AV02)
   12/01/2006     LISTED AS ATTORNEY FOR D002: SIRMON STEVEN M(AV02)
   12/01/2006     ANSWER OF COMP DENIED ON 12/01/2006 FOR D002(AV02)


CHM    12/05/2006                                          CV 2005 002697.00
```

