EXHIBIT G

THE STATE OF ALABAMA
FAYETTE COUNTY

FAYETTE DISTRICT COURT

_____ TERM, 20 ___

THE STATE OF ALABAMA

VS.

Donald Wilbert Young

and the said Defendant _____

WARRANT OF ARREST

CHARGE: Theft of property second degreed by deception

This 12th day of May, 20 03.

_____ Sheriff.
_____ Deputy Sheriff.

The officer arresting may admit the Defendant to bail sum of $20,000.00 entering into bond in the Dollars with two good securities approved by said Officer.

_____ DISTRICT JUDGE

Defendant's address: 204 11th St NW Fayette AL 35555
Telephone number _____
Place of Employment: (Self)

Executed by arresting the within named Defendant _____

Witnesses for the State

Name: Greely Dewey Smith
Address: 318 10th St NE Fayette AL 35555
Telephone Number: (205) 932-4547 or 6914
Place of Employment: Alabama Certified

Name: Grace Cauthen (Certified) Address: _____
Telephone Number _____
Place of Employment _____

* * * * * * * * * * * * * * * * * * * *

Name _____
Address _____
Telephone Number _____
Place of Employment _____

Filed _____, 20 ___
_____ Clerk

AFFADIVIT AND WARRANT

STATE OF ALABAMA                           IN THE DISTRICT COURT
FAYETTE COUNTY                             FAYETTE COUNTY, ALABAMA

Before me, __Jerry L. Clary__, District Judge or Clerk of Fayette County, personally appeared this day __Sam Black__, and made oath, that he has probable cause for believing, and does believe, that before the filing of this complaint, __Donald Wilbert Young__, whose name is not known to the affiant other than as stated, did knowingly obtain, by deception, control over the following property: a check on account of Alabama Certified for $1,000.00, the property of, to wit: Grady Tommy Smith dba Alabama Certified, and having a value in excess of $250.00 but not in excess of $1,000.00, with the intent to deprive the owner of said property, in violation of § 13A-8-4 of the Code of Alabama, which said offense was committed against the peace and dignity of the State of Alabama.

Affiant _____
Address _____
Telephone _____
Place of Employment _____

Sworn to and subscribed before me, this the __5th__ day of __May__, 20__03__.

_____
DISTRICT JUDGE OR CLERK

WARRANT OF ARREST

IN THE DIESTRICT COURT OF FAYETTE COUNTY, ALABAMA

TO ANY LAW OFFICER OF THE STATE OF ALABAMA:

You are hereby commanded to arrest __Donald Wilbert Young__ and bring __him__ before the DISTRICT COURT, on the ____ day of __instanter__ next to answer the State of Alabama of the charge of __Theft of Property, Second Degree (By Deception)__ Preferred by __Sam Black, Fayette P.D.__ Witness my hand __5th__ day of __May__, 20__03__.

_____
DISTRICT JUDGE OR CLERK

(EXHIBIT G)

THE STATE OF ALABAMA
FAYETTE COUNTY

FAYETTE DISTRICT COURT

_____ TERM, 20 ____

THE STATE OF ALABAMA

vs.

Donald Wilbert Young

Defendant

and the said Defendant _____

Executed by arresting the within named
Defendant _____

Defendant's address  NW Fayette 224 11th ST
                    Fayette, AL 35555

Telephone number _____

Place of Employment _____

Witnesses for the State

Name  Billy Gene McLellan
Address  405 5th Avenue SE
         Fayette, AL 35555
Telephone Number  (205) 932-4422
Place of Employment  W.A. Kendall

* * * * * * * * * * * * * * * * * * *

Name _____
Address _____
Telephone Number _____
Place of Employment _____

WARRANT OF ARREST

CHARGE  Theft of Property
        First Degree (By Deception)

This 12th day of May
20 07.

_____ Sheriff:
_____ Deputy Sheriff

Filed _____, 20 ____
                                    Clerk

The officer arresting may admit the Defendant
to bail ; entering unto bond in the
sum of  $30,000.00  Dollars with
two good securities approved by said Officer.

_____
DISTRICT JUDGE

AFFADIVIT AND WARRANT

STATE OF ALABAMA  
FAYETTE COUNTY

IN THE DISTRICT COURT  
FAYETTE COUNTY, ALABAMA

Before me, __Jerry L. Clary__, District Judge or Clerk of Fayette County, personally appeared this day __Sam Black__, and made oath, that he has probable cause for believing, and does believe, that before the filing of this complaint, __Donald Wilbert Young__, whose name is not known to the affiant other than as stated, did knowingly obtain by deception, control over the following property, to wit: a check on the account of Billy McCollum, Account # 06 200 5690 3702 118394 in the amount of $3200.00 and having a value in excess of $1,000, with the intent to deprive the owner of said property, in violation of §13A-8-3 of the Code of Alabama which said offense was committed against the peace and dignity of the State of Alabama.

Affiant _____  
Address _____  
Telephone _____  
Place of Employment _____

Sworn to and subscribed before me, this the __5th__ day of __May__, 20__03__.

_____  
DISTRICT JUDGE OR CLERK

WARRANT OF ARREST

IN THE DIESTRICT COURT OF FAYETTE COUNTY, ALABAMA

TO ANY LAW OFFICER OF THE STATE OF ALABAMA:

You are hereby commanded to arrest __Donald Wilbert Young__ and bring __him__ Before the DISTRICT COURT, on the _____ day of __instanter__ next to answer the State of Alabama of the charge of __Theft of Property, First Degree (By Deception__ Preferred by __Sam Black, Fayette P.D.__. Witness my hand __5th__ day of __May__, 20__03__.

_____  
DISTRICT JUDGE OR CLERK