# STATE OF ALABAMA
# BOARD OF PARDONS AND PAROLES

## ACTION OF THE BOARD SUBSEQUENT TO PAROLE COURT

PAROLEE: Donald Wilburn Young Jr.    AIS # 157,063

Parole Court was held before David Douglas, Hearing Officer, on 7/16/03, at Fayette, Alabama. The Hearing Officer has filed a Report and Recommendation, as required by statute, and this Board has reviewed the detailed statement of evidence, the findings, and the reasons supporting those findings, which were:

_____ **CHARGES PROVEN.** The Hearing Officer has determined that Charge(s) #_____ was/were proven to his reasonable satisfaction. His Report and Recommendation addressed the evidence of mitigating circumstances, as well as the evidence that conditions of parole were violated. The record further reflects that an acceptable parole plan is in place which offers the parolee a reasonable possibility of living and remaining at liberty without violating the law. It is, therefore, recommended that Parolee be RE-INSTATED to a satisfactory program.

It is recommended that the following additional conditions be imposed to improve the likelihood that the parolee will remain at liberty without violating the law:

_____

__X__ **CHARGES PROVEN.** The Hearing Officer has determined that Charge(s) # 1, 2 & 3 was/were proven to his reasonable satisfaction. His Report and Recommendation addressed the evidence of mitigating circumstances, as well as evidence that conditions of parole were violated. It is, therefore, recommended that parole be REVOKED in this case.

Comes now the Board of Pardons and Paroles at Open Public Meeting, and after considering all evidence from Parole Court, including any mitigating circumstances, orders:

**BOARD INITIALS**

_____ Continued to _____ (date)

_____ Taken under advisement

_VW_ _NM_ That parole be REVOKED and given further consideration in 7-04.

_____ That parole be revoked since a satisfactory plan has not been submitted within a reasonable amount of time and for reasons addressed in parole court and given further consideration in _____.

_____ That the order of delinquency is void and parolee is RE-INSTATED on parole with the following SPECIAL CONDITIONS: _____

*[signature]* Chairman of the Board    8-11-03 Date

*[signature]* Member of the Board    8-11-03 Date

Member of the Board

Distribution Date 8-12-03 to:

Original – Board File
Parole Office  Vernon – Gagne
Parolee
DOC
ACJIC
Control Book
CO Form 013 – A (Rev. 10-99)

EXHIBIT A