# BOARD OF PARDONS AND PAROLES
# PAROLE COURT

DATE: 7-16-03      LOCATION: Fayette County Jail

PAROLEE: Young, Donald Wilburn   # 157063

HEARING OFFICER: David W. Douglas

☒ ARRESTED AS PAROLE VIOLATOR? ☒ YES ☐ NO   (Date) 7-2-03

☒ NOTICE OF PAROLE COURT HEARING COMPLETED AND SERVED

☒ DID THE PAROLEE REQUEST REPRESENTATION BY AN ATTORNEY? ☐ YES ☒ NO
Comments:

☒ IS AN ATTORNEY PRESENT FOR THE PAROLEE? ☐ YES ☒ NO
Comments:

☒ IF PRO SE, DOES THE PAROLEE APPEAR TO BE COMPETENT? ☒ YES ☐ NO
Comments:

☒ DID THE PAROLEE REQUEST WITNESSES? ☐ YES ☒ NO

☐ WERE WITNESSES NOTIFIED TO BE PRESENT? ☐ YES ☐ NO
Comments:

☒ THE PAROLEE WAS ADVISED: YOU HAVE THE RIGHT TO REMAIN SILENT. ANYTHING YOU SAY CAN AND WILL BE USED AGAINST YOU. YOU CANNOT BE MADE TO GIVE UP THE RIGHT TO REMAIN SILENT. YOU MAY EXERCISE THE RIGHT TO REMAIN SILENT AT ANY TIME.

Signed: David W. Douglas         Date: 7-16-03
         Parole Court Hearing Officer

Distribution:
   Original – Board
   Copy – File
   Copy – Parolee

EXHIBIT I.

PB Form 104 (revised 5-02)