IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| DONALD W. YOUNG, #157 063 | * |
| Plaintiff, | * |
| v. | *    2:06-CV-282-MHT |
| RICHARD ALLEN, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's February 9, 2006 Motion for Leave to Amend Complaint, and for good cause, it is

ORDERED that the motion (Doc. No. 41) be and is hereby DENIED.[1]

Done, this 8th day of March 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The court's May 12, 2006 order of procedure informed Plaintiff that "[a]ll amendments to the complaint and/or motions to amend must be filed within ninety (90) days of the date of this order . . . Proposed amendments or motions to amend filed after this date will be considered untimely." (Doc. No. 17, pg. 4 ¶ (4)(f).)