IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |  |
|---|---|---|
| DONALD W. YOUNG, #157 063 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-282-MHT (WO) |
| RICHARD ALLEN, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Plaintiff has filed a Motion for Leave to File Discovery. The court has reviewed Plaintiff's proposed discovery request. In light of that review, the undersigned concludes that the pending motion shall be denied.

The documents and/or information requested in Plaintiff's proposed discovery request are either cumulative of information already provided by Defendants, irrelevant, and/or unnecessary to a determination of the issue pending before this court. Furthermore, Rule 56, F.R.Civ.P., does not condone fishing expeditions through agency files searching for documents which might confirm a party's information and/or belief, s*ee Lesley v. Whetsel*, 110 Fed. Appx. 851, 853 (10th Cir. 2004), or "where a plaintiff merely hopes to uncover some possible evidence of a constitutional violation." *Duffy v. Wolle*, 123 F.3d 1026, 1041 (8th Cir. 1997). Plaintiff's proposed request for discovery, however, may be reconsidered if warranted by further developments in this case.

Accordingly, it is

ORDERED that Plaintiff's Motion for Leave to File Discovery (Doc. No. 39) be and is hereby DENIED.

Done this 15th day of March, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE