IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD W. YOUNG, AIS #157063, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv282-MHT |
| | ) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On March 15, 2007 (doc. # 45), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation (doc. # 45) is ADOPTED and that the motion for preliminary injunction (doc. # 40) is DENIED.

DONE, this the 5th day of April 2007.

                                                 /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE