IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD YOUNG ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | 2:06-CV-282-MHT |
| RICHARD ALLEN, ET AL. ) | |
| ) | |
| Defendant(s). ) | |
| ) | |
| ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

Comes now Assistant Attorney General Jack Wallace, Jr. and respectfully moves this Honorable Court to substitute him as counsel for Defendants **Bob Riley** and **Richard Allen** as Cheairs M. Porter has transferred to another division within the Attorney General's Office and will no longer be representing the Defendants in this matter. Service may be made at the address listed below.

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL

    /s/ *Jack Wallace, Jr.*
    Jack Wallace, Jr.
    ASSISTANT ATTORNEY GENERAL

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this, the 9th day of August, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and placed a copy, postage pre-paid and properly addressed to the plaintiff as follows:

Donald Young, AIS 157063
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2615

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 (fax)