IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| DONALD W. YOUNG, #157 063 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-282-MHT |
| RICHARD ALLEN, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Pending before the court is a Motion to Substitute Counsel for Defendants Allen and Riley. Upon consideration of the motion, and for good cause, it is

ORDERED that the Motion to Substitute Counsel (Doc. No. 47) be and is hereby GRANTED and Assistant Attorney General Jack Wallace, Jr. is substituted for Assistant Attorney General Cheairs Porter as counsel for Defendants Allen and Riley.

Done, this 14th day of August 2007.

        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE