```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000152
Cashier ID: benrobi
Transaction Date: 08/16/2007
Payer Name: STATE CATTLE RANCH
------------------------------------
PLRA CIVIL FILING FEE
 For: DONALD YOUNG
 Case/Party: D-ALM-2-06-CV-000282-001
 Amount:         $33.66
------------------------------------
CHECK
 Check/Money Order Num: 945
 Amt Tendered:  $33.66
------------------------------------
Total Due:      $33.66
Total Tendered: $33.66
Change Amt:     $0.00
```

SCANNED
PJC 8·16·07