IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DONALD W. YOUNG, #157 063        *

    Plaintiff,                               *

    v.                                           *        2:06-CV-282-MHT
                                                   (WO)
RICHARD ALLEN, *et al.*,                  *

    Defendants.                          *

_____

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this 42 U.S.C. § 1983 action on March 29, 2006. When he filed the complaint, Plaintiff was incarcerated at the Easterling Correctional Facility located in Clio, Alabama. The court recently ascertained that Plaintiff is no longer housed at this facility which is the last known address the court has on file for Plaintiff. All parties have an affirmative duty to inform the court of any change of address during the pendency of their actions. Plaintiff received notice of this requirement in the court's May 12, 2006 order of procedure. (Doc. No. 17 at 4, ¶4(h).)

On August 17, 2007 the court entered an order directing Plaintiff to provide the court with his present address on or before August 27, 2007. ( Doc. No. 50.) Plaintiff was cautioned that his failure to comply with the court's August 17 order would result in a recommendation that this case be dismissed. (*Id.*) The envelope containing Plaintiff's copy of the August 17 order was returned to the court on August 31, 2007 marked "Not Here, Returned to Sender," because Plaintiff is no longer at the address he provided to the court. In light of the foregoing, the court concludes that this case should be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action and to comply with the orders of this court.

It is further

ORDERED that the parties are DIRECTED to file any objections to the Recommendation on or before **September 18 , 2007**.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 5th day of September, 2007.

                                                    /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE