IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD W. YOUNG, # 157063, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:06cv282-MHT |
| | )                  (WO) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**OPINION and ORDER**

On September 5, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 51). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for failure of the plaintiff to comply with the orders of this court and his failure to properly prosecute this action.

DONE, this the 26th day of September, 2007.

                                      /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE