```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000968
Cashier ID: cstrecke
Transaction Date: 10/26/2007
Payer Name: STATE CATTLE RANCH
------------------------------------
PLRA CIVIL FILING FEE
 For: DONALD W YOUNG
 Case/Party: D-ALM-2-06-CV-000282-001
 Amount:         $19.80
------------------------------------
CHECK
 Remitter: STATE CATTLE RANCH
 Check/Money Order Num: 1041
 Amt Tendered: $19.80
------------------------------------
Total Due:     $19.80
Total Tendered: $19.80
Change Amt:     $0.00
```

DALM206CV000282-M

STATE CATTLE RANCH

FOR DONALD W YOUNG

1132 COUNTY ROAD 73

GREENSBORO, AL  36744