```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003818
Cashier ID: khaynes
Transaction Date: 02/11/2008
Payer Name: STATE CATTLE RANCH
------------------------------------
PLRA CIVIL FILING FEE
 For: DONALD W. YOUNG
 Case/Party: D-ALM-2-06-CV-000282-001
 Amount:         $2.41
------------------------------------
CHECK
 Check/Money Order Num: 1183
 Amt Tendered:  $2.41
------------------------------------
Total Due:      $2.41
Total Tendered: $2.41
Change Amt:     $0.00
```